likewise strongly favor withdrawal of the reference. Accordingly, IICNA requests that this Court enter an order withdrawing the reference with respect to the Liquidating Adversary, and for such other and further relief as is just.

Dated: May 13, 2005                    **WHITE AND WILLIAMS LLP**

   _/s/ Marc S. Casarino_
   Christian J. Singewald (No. 3542)
   Marc S. Casarino (No. 3613)
   824 N. Market Street, Suite 902
   P.O. Box 709
   Wilmington, DE 19899-0709
   Telephone: (302) 467-4510
   Telecopier: (302) 467-4547
   singewaldc@whiteandwilliams.com

                and

   Leonard P. Goldberger
   Martha E. Johnston
   (Members of the PA Bar)
   1800 One Liberty Place
   Philadelphia, PA   19103
   Telephone:  (215) 864-7000
   Telecopier: (215) 864-7123

                and

   Francis J. Deasey, Esquire
   Gerald J. Valentini, Esquire
   DEASEY, MAHONEY & BENDER, LTD.
   1800 John F. Kennedy Boulevard
   Suite 1300
   Philadelphia, PA   19103
   Telephone:  (215) 587-9400
   Telecopier:  (215) 587-9456

   **Attorneys for Indemnity Insurance Company of North America**