UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

DAVID D. BIRD                                                                                824 MARKET STREET
CLERK OF COURT                                                                         WILMINGTON, DE 19801
                                                                                                          (302) 252-2900


Date:   June 8, 2005

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington, DE 19801

Re:     Adversary Case No. 05-51318
        Lead BK Case No. 00-389


On May 13, 2005, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

                                            Sincerely,


                                            **/s/Lori M. Coster**
                                            Lori M. Coster , Deputy Clerk


I hereby acknowledge receipt of the above transferred record this _____ day of ____ 2004.


By:_____
        Deputy Clerk


                                            _____
                                                        Supervisor

# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-51318
**Related Bankruptcy Case #:** 00-389
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 456 |
| **Cause of Transmittal:** | Motion to Withdraw the Reference |
| **Parties:** | IHS Liquidating LLC v. Ace Indemnity Insurance Company |
| **Plaintiff's Counsel:** | Joseph M. Barry |
| | Young Conaway Stargatt & Taylor LLP |
| | The Brandywine Building |
| | 17th Floor |
| | 1000 West Street |
| | Wilmington, DE 19801 |
| | 302-571-6600 |
| | Email: bankruptcy@ycst.com |
| | LEAD ATTORNEY |
| | |
| | Kenneth J. Enos |
| | Young Conaway Stargatt & Taylor, LLP |

|  |  |
|---|---|
|  | 1000 West Street |
|  | 17th Floor |
|  | Wilmington, DE 19801 |
|  | 302-571-6600 |
|  | Email: bankruptcy@ycst.com |
| **Defendants' Counsel:** | Marc Stephen Casarino |
|  | White and Williams LLP |
|  | 824 Market Street |
|  | Suite 902 |
|  | Wilmington, DE 19899 |
|  | usa |
|  | 302-467-4520 |
|  | Fax : 302-467-4550 |
|  | Email: casarinom@whiteandwilliams.com |