IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Integrated Health Services, Inc.,<br>   et al., | Bankruptcy Case No. 00-389 (MFW)<br>(Jointly Administered)<br><br>Adversary Case No. 05-51318 |
| IHS Liquidating LLC,<br><br>   Plaintiff,<br><br> v.<br><br>Ace Indemnity Insurance Company, f/k/a<br>Indemnity Insurance Company of North<br>America<br><br>   Defendant. | Civil Action No. 05-376 (UNA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys for Plaintiff IHS Liquidating LLC.

PLEASE TAKE FURTHER NOTICE that all papers, correspondence and other documents can be served upon the undersigned at:

Edmon L. Morton, Esquire
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: emorton@ycst.com
   kenos@ycst.com

Michael J. Crames, Esquire
Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail: mcrames@kayescholer.com
   asteinberg@kayescholer.com
   mrosenberg@kayescholer.com
   aalfonso@kayescholer.com

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212-704-6143
Facsimile:  212-704-5962
E-mail:  lee.stremba@troutmansanders.com
         clement.berne@troutmansanders.com

         KAYE SCHOLER LLP
         Michael J. Crames
         Arthur Steinberg
         Marc D. Rosenberg
         Ana M. Alfonso
         425 Park Avenue
         New York, NY 10022-3598
         (212) 836-8000

         -and-

         TROUTMAN SANDERS LLP
         Lee W. Stremba
         Clement H. Berne
         The Chrysler Building
         405 Lexington Avenue
         New York, New York 10174
         Telephone: 212-704-6143
         Facsimile:  212-704-5962

         - and -

         YOUNG CONAWAY STARGATT & TAYLOR, LLP

         _____
         Edmon L. Morton (No. 3856)
         Kenneth J. Enos (No. 4544)
         The Brandywine Building
         1000 West Street, 17th Floor
         P.O. Box 391
         Wilmington, DE  19899-0391
         (302) 571-6600

         Attorneys for IHS Liquidating LLC

Dated: June 10, 2005

WP3:1120572.1                                                                                                   56309.1001

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005 I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the party listed below. A paper copy of the electronically filed document was also served via hand delivery upon the following:

    Marc Stephen Casarino, Esq.
    824 N. Market Street, Suite 902
    P.O. Box 709
    Wilmington, DE 19899-0709
    casarinom@whiteandwilliams.com


Dated: Wilmington, Delaware
       June 10, 2005                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                    _____
                                                    Edmon L. Morton (No. 3856)
                                                    Kenneth J. Enos (No. 4544)
                                                    The Brandywine Building
                                                    1000 West Street, 17th Floor
                                                    P.O. Box 391
                                                    Wilmington, DE 19899-0391
                                                    (302) 571-6600

                                                    Attorneys for IHS Liquidating LLC