IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE INTEGRATED HEALTH         :
SERVICES, INC., et al.

                                :

          Debtor

_____ : Civil Action No. 05-376 GMS


IHS LIQUIDATING, LLC            :

          v.                    :   Bankruptcy No. 00-BK-389 MFW

ACE INDEMNITY INS. CO.          :

## **O R D E R**

WHEREAS, on June 8, 2005, a motion to withdraw the reference to the United States

District Court was filed (D.I. 1);

WHEREAS, on June 10, 2005, a response to the motion to withdraw the reference was

filed (D.I. 3);

WHEREAS, on June 15, 2005, this case was assigned to the undersigned;

IT IS HEREBY ORDERED that:

The Motion to Withdraw the Reference is hereby GRANTED.


March 14,  2006                         /s/ Gregory M. Sleet_____
                                        UNITED STATES DISTRICT JUDGE