## **CERTIFICATE OF SERVICE**

I, Thomas G. Whalen, Jr., hereby certify that on March 22, 2006, I caused true and correct copies of the *Response of Defendant, Indemnity Insurance Company of North America in Opposition to Plaintiff's Motion for Partial Summary Judgment on Count I of Their Complaint* and *Appendix* to be served via United States First Class Mail, postage pre-paid on the parties listed below:

Ian Connor Bifferato Esq.
Garvan F. McDaniel, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

James F Harker, Esq.
Herlily Harker & Kavanaugh
1400 N Market St
Suite 200
Wilmington, DE 19801

George G. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

Arthur Steinberg Esq.
Marc D. Rosenberg, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Joshua W. Cohen, Esq.
Day, Berry & Howard, LLP
One Audubon Street
6th Floor
New Haven CT 06511

John B. Nolan, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr.