IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC.,<br>*et al.*,<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |

**APPENDIX TO RESPONSE OF DEFENDANT, INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON COUNT I OF THEIR COMPLAINT**

Dated: March 22, 2006

Thomas G. Whalen, Jr. (No. 4034)
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3304
Telecopier: (610) 371-8512
E-mail: tgw@stevenslee.com

SL1 620811v1/020037.00001

and

Leonard P. Goldberger, Esquire
(Member of PA Bar)
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone:  (215) 864-7000
Telecopier:  (215) 864-7123
E-mail: lpg@stevenslee.com

and

Francis J. Deasey, Esquire
Gerald J. Valentini, Esquire
Ward A. Rivers, Esquire
(Members of PA Bar)
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103
Telephone:  (215) 587-9400
Telecopier:  (215) 587-9456

*Attorneys for Defendant, Indemnity Insurance Company of North America*

# **TABLE OF CONTENTS**

**EXHIBIT INDEX**

Plaintiff's Complaint ................................................................................................. Tab A

AIG Policy ................................................................................................................. Tab B

GenStar Policy .......................................................................................................... Tab C

IICNA's Policy .......................................................................................................... Tab D

AIG Lester Policy ..................................................................................................... Tab E

Diane McCartney's Affidavit .................................................................................... Tab F

Page 5 of the Disclosure Statement .......................................................................... Tab G

Endorsement ............................................................................................................. Tab H

Disclosure Statement - Relevant pages ..................................................................... Tab I

**UNREPORTED OPINIONS INDEX**

*Associated Electric & Gas Insurance Services Limited v. Border Steel Rolling Mills, Inc. and Manuel Romero*, 2005 U.S. Dist. LEXIS 32198 (W.D. Tex. 2005) ..................... Tab 1

*Graves v. CMC, Inc.*, 2005 Del. LEXIS 319 (Del. 2005) ........................................... Tab 2

*Independence Blue Cross v. Lexington Insurance Company*,
1995 U.S. Dist. LEXIS 10812 (E.D. Pa. 1995) ......................................................... Tab 3

*Pak-Mor Manufacturing Co. v. Royal Surplus Lines Insurance Co.*,
2005 U.S. Dist. LEXIS 34683 (W.D. Tex. 2005) ...................................................... Tab 4