# EXHIBIT H

ENDORSEMENT

THIS ENDORSEMENT, EFFECTIVE 12:01 A.M. 01/01/99   FORMS A PART OF

POLICY NO: 357-43-43                  ISSUED TO: INTEGRATED HEALTH SERVICES INC

BY  NAITONAL UINION FIRE INSURANCE FOMPANY OF PITTSBURGH, PA

BROAD NAMED INSURED-AMENDATORY

The definition of Named Insured (IV E) a and b) is amended to include any partnership, interest in a joint venture,* subsidiary controlled or propriety company, corporation, firm, organization or other entity as now exists or may hereafter be constituted, formed or acquired where the Named Insured has at least 50% ownership interest or management control.

However, this policy shall exclude all coverage and limits for the exposure of Integrated Health Services of Lester, Inc. and its interests in other entities.

*See Joint Venture Endorsement for additional conditions.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

22303A.000

_____
AUTHORIZED REPRESENTATIVE