

## BIFFERATO GENTILOTTI
## BIDEN & BALICK

March 27, 2006

Vincent A. Bifferato Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden III
Adam Balick
George T. Lees III
Veronica O. Faust
Dianne Coffino
David W. deBruin
David A. Denham
Catherine Kiefel Erhart
Joseph K. Koury
.....
....

*Of Counsel*
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

Email: gfm@bgbblaw.com
Dial: 302 429 1900

**BY E-FILE**

The Honorable Gregory M. Sleet
District Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *IHS Liquidating LLC v. Ace Indemnity Insurance Company*
> Civil Action No. 05-736 (Related Bankr. Case No. 00-389 (MFW))

Dear Judge Sleet:

This firm, along with the law firms of Kaye Scholer LLP and Troutman Sanders LLP, is counsel to the IHS Liquidating LLC in the above-referenced proceeding. Enclosed please find a copy of a fully-executed *Stipulated Briefing Schedule* which the parties respectfully request the Court enter at its earliest convenience. The stipulated briefing schedule allows the IHS Liquidating LLC an extension to file a reply in support of its *Motion for Partial Summary Judgment*, as the issues are complex and the matter was recently withdrawn to this Court. We are available to address any questions or concerns that the Court may have.

Respectfully,

*Joseph K. Koury* (4272) o/b/o

Garvan F. McDaniel (#4167)

Enclosure

cc:    Thomas G. Whalen, Jr., Esq. (by mail (w/ enclosure))

800 Delaware Avenue
Wilmington, DE 19806
Phone: 302 429 1900
Fax: 302 429 8600

2308 Fifth Avenue, Suite 225
New York, NY 10037
Phone: 302 429 1900
Fax: 302 984 6545

11 Park Place
Ardmore, PA 19003
Phone: 302 659 1236
Fax: 302 984 6545

3 E. Market Street
Newport Beach, DE 19711
Phone: 302 327 1900
Fax: 302 984 6545