# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| INTEGRATED HEALTH SERVICES, INC., *ET AL*, | : |
| | : |
|     DEBTORS. | : |
| | : |
| | : Civil Action No. 05-376 GMS |
| IHS LIQUIDATING LLC, | : |
| | : |
|     PLAINTIFF, | : |
| v. | : |
| | : |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | : |
| | : |
|     DEFENDANT. | : |
| IHS LIQUIDATING LLC, | : |
| | : |
|     THIRD-PARTY PLAINTIFF, | : |
| v. | : |
| | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | : |
| | : |
|     THIRD-PARTY DEFENDANTS. | : |

## STATEMENT OF NATIONAL UNION FIRE
## INSURANCE COMPANY OF PITTSBURGH, PA
## PURSUANT TO FED. R. CIV. P. 7.1(a)

    Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 7.1 hereby states as follows:

    1.    American International Group, Inc., a publicly traded corporation, owns 100% of the voting securities of National Union.

Dated: March 27, 2006  CROSS & SIMON, LLC
Wilmington, Delaware

By: /s/ Christopher P. Simon
   Christopher P. Simon (No. 3697)
   Amy E. Evans (No. 3829)
   913 North Market Street, 11th Floor
   P.O. Box 1380
   Wilmington, Delaware 19899-1380
   (302) 777-4200

   -and-

   George G. Campion, Esquire
   WEINER LESNIAK, LLP
   629 Parsippany Road
   Parsippany, New Jersey 07054-0438
   (973) 403-1100

   Attorneys for Third-Party Defendant
   National Union Fire Insurance Company of
   Pittsburgh, PA