## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, Esquire do hereby certify that on this 27th day of March, 2006, I caused copies of the **Statement of Defendant National Union Fire Insurance Company of Pittsburgh, PA Pursuant to Fed. R. Civ. P. 7.1(a)** to be served upon the parties listed below in the manner indicated:

**Via First Class U.S. Mail**
Garven F. McDaniel, Esq.
Ian Connor Bifferato, Esq.
Bifferato Gentilotti & Biden, P.A.
1308 Delaware Ave.
Wilmington, DE 19806

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

Arthur Steinberg, Esq.
Marc D. Rosenberg, Esq.
Kaye Scholer LLP
425 Park Ave.
New York, NY 10022-3598

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

George G. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Thomas G. Whalen, Jr.
Stevens & Lee, P.C.
1105 N. Market Street
7th Floor
Wilmington, DE 19801

/s/ Christopher P. Simon
Christopher P. Simon (No. 3697)