IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEGRATED HEALTH SERVICES, INC., et al.,<br><br>Debtors. | : Case No. 00-389 (MFW)<br>: Jointly Administered<br>: |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY, f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | :<br>:<br>:<br>: C.A. No. 05-376 (GMS)<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed General Star Indemnity Company's Answer to Third-Party Complaint with the Clerk of the Court using CM/ECF and by first class mail to the following:

Joseph Michael Barry, Esquire
Kenneth John Enos, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899
bank@ycst.com
kenos@ycst.com

Thomas G. Whalen, Jr., Esquire
Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
tgw@stevenslee.com
lpg@stevenslee.com

Marc Stephen Casarino, Esquire
White & Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899
casarinom@whiteandwilliams.com

Christopher Page Simon, Esquire
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801
csimon@crosslaw.com

Francis J. Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato, Gentilotti & Biden
The Buckner Building
1308 Delaware Avenue
Wilmington, DE  19899

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Gerald J. Valentini, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana Alfronso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3598

/S/ James F. Harker, Esquire, Bar I.D. #255
HERLIHY HARKER & KAVANAUGH
1400 North Market Street, Suite 200
Wilmington, DE  19801
(302) 654-3111, ext. 11
jharker@hhkde.com

DATED:        March 31, 2006

JFK:cbc