IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>　　　　　　Defendant. | Civil Action No. 05-376(GMS) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE COMPANY f/k/a<br>INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>　　　　　　Third-Party Defendants. | |

**IHS LIQUIDATING LLC'S REQUEST FOR ORAL ARGUMENT
ON ITS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

　　　　The pleadings on IHS Liquidating LLC's Motion for Partial Summary Judgment (the "Motion") are now complete. Pursuant to Local Rule 7.1.4, IHS hereby requests oral argument on the Motion at the earliest convenience of the Court.

Dated: Wilmington, Delaware
April 10, 2006

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Buckner Building
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

-and-

KAYE SCHOLER LLP
Arthur Steinberg
Marc D. Rosenberg
Ana Alfonso
425 Park Avenue
New York, New York 10022-3598
(212) 836-8000

-and-

TROUTMAN SANDERS LLP

Lee W. Stremba
Clement H. Berne
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for IHS Liquidating LLC

## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this, the 10th day of April, 2006, a copy of the foregoing *IHS Liquidating LLC's Request for Oral Argument on Its' Motion for Partial Summary Judgment* was caused to be served in the manner indicated upon the following:

**BY HAND DELIVERY & BY U.S. MAIL**

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

James F. Harker, Esq.
Herlily Harker & Kavanaugh
1400 N Market St
Suite 200
Wilmington, DE 19801

Joshua W. Cohen, Esq.  **
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

Marc Stephen Casarino, Esq.
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Leonard P. Goldberg, Esq.  **
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Joseph Michael Barry, Esquire
Kenneth John Enos, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Thomas O. Farrish, Esquire  **
Daniel L. FitzMaurice, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Francis J. Deasey, Esq.  **
Gerald J. Valentini, Esq.
Deasey Mahoney & Bender, Ltd.
1800 JFK Blvd., Suite 1300
Philadelphia, PA 19103

John B. Nolan, Esquire  **
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

George C. Campion, Esq.  **
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

By: _/s/ G. McD_____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165

**    By U.S. Mail only