IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors.<br><br>IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 00-389 (MFW)<br>Jointly Administered<br><br><br><br><br><br>Civil Action No. 05-376 (GMS) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of Connecticut and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date:  August 17, 2006            Signed: _____
                                         Thomas O. Farrish
                                         Day, Berry & Howard, LLP
                                         CityPlace I, 185 Asylum Street
                                         Hartford, CT 06103-3499

Subscribed and sworn to before me, this 17th day of August, 2006.

_____
Patricia L. Lazeren
Notary Public
My Commission Expires: 6/30/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Thomas O. Farrish, Esq., of Day, Berry & Howard LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3499, to represent Third-Party Defendant, General Star Indemnity Company in this matter.

Dated: August __, 2006

COHEN SEGLIAS PALLAS GREENHALL &
FURMAN, P.C.

James F. Harker, Esq. (Bar I.D. No. 255)
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
Tel: (302) 425-5089
Fax: (302) 425-5097
JHarker@cohenseglias.com
Attorneys for Third-Party Defendant
General Star Indemnity Company

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was e-mailed, this date, to:

Joseph Michael Barry, Esq.
Kenneth John Enos, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Tel:   (302) 571-6600
Email: bank@ycst.com
Email: kenos@ycst.com

Marc Stephen Casarino, Esq.
White & Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
Tel:   (302) 654-0424
Email: casarinom@whiteandwilliams.com

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801
Tel:   (302) 777-4200
Email: csimon@crosslaw.com

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel:   (302) 425-3304
Fax:   (610) 371-8512
Email: tgw@stevenslee.com

Leonard P. Goldberg, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Tel:   (215) 864-7000
Fax:   (215) 864-7123
Email: lpg@stevenslee.com

Francis J. Deasey, Esq.
Gerald J. Valentini, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103
Tel:   (215) 587-9400
Fax:   (215) 587-9456

_____
James F. Harker, Esq. (Bar I.D. No. 255)
COHEN SEGLIAS PALLAS GREENHALL
& FURMAN, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE  19801
Tel: (302) 425-5089
Fax: (302) 425-5097
JHarker@cohenseglias.com
Attorneys for Third-Party Defendant
General Star Indemnity Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>                    Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                  Defendant. | Civil Action No. 05-376 (GMS) |

**ORDER GRANTING MOTION**

     This ____ day of _____, 2006, the Court having considered the Motion for Admission *Pro Hac Vice* of Thomas O. Farrish in the above action now, therefore,

     IT IS HEREBY ORDERED that counsel's Motion is granted, and the foregoing attorney is admitted *pro hac vice*.

Date: _____       _____
                                                                   United States District Judge