IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC , *et al.*,<br><br>Debtors.<br><hr>IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>Defendant.<br><hr>IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA ,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE COMPANY f/k/a<br>INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>Third-Party Defendants. | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered)<br><br><br>Civil Action No. 05-376(GMS) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Young Conaway Stargatt & Taylor hereby withdraws its appearance as counsel for Plaintiff IHS Liquidating LLC in the above captioned matter and Ian Connor Bifferato and Garvan F. McDaniel of Bifferato Gentilotti Biden & Balick LLC enters their appearance on behalf of the Plaintiff in the above captioned action.

Joseph M. Barry (#4221)
Kenneth J. Enos (#4544)
Young Conaway Stargatt & Taylor LLP
Brandywine Building
1000 West Street
17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Dated: Wilmington, Delaware
     August 31, 2006

Ian Connor Bifferato (#3273)
Garvan F McDaniel (#4167)
Bifferato Gentilotti Biden & Balick LLC
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900