## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this, the 31st day of August, 2006, a copy of the foregoing *Notice of Substitution of Counsel* was caused to be served in the manner indicated upon the following:

**BY U.S. MAIL**

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

James F. Harker, Esq.
Herlily Harker & Kavanaugh
1400 N Market St
Suite 200
Wilmington, DE 19801

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Leonard P. Goldberg, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Thomas O. Farrish, Esquire
Daniel L. FitzMaurice, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Francis J. Deasey, Esq.
Gerald J. Valentini, Esq.
Deasey Mahoney & Bender, Ltd.
1800 JFK Blvd., Suite 1300
Philadelphia, PA 19103

George C. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165