IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-389 (MFW) |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | (Jointly Administered)<br><br><br>Civil Action No. 05-376(GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lee W. Stremba, Esquire to represent Plaintiff IHS Liquidating LLC in this matter.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
1308 Delaware Avenue
Wilmington, Delaware 19899
(302) 429-1900

Attorneys for IHS Liquidating LLC

Dated: Wilmington, Delaware
       August 31, 2006