IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　Debtors.<br><br>IHS LIQUIDATING LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>　　　　　Defendant.<br><br>IHS LIQUIDATING LLC,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE COMPANY f/k/a<br>INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>　　　　　Third-Party Defendants. | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered)<br><br><br>Civil Action No. 05-376(GMS) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED the Motion for Admission Pro Hac Vice of Lee W. Stremba, Esquire to represent Plaintiff IHS Liquidating LLC is granted.

Date:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge