# EXHIBIT 7

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01262-GMS

Indemnity Insurance v. Integrated Health, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $0
Case in other court: USBK/DE, 00-00389MFW
                    USBK/DE, ADV03-55550
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 09/14/2004
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Debtor**

**Integrated Health Services Inc. et al**

**Plaintiff**

**Indemnity Insurance Company of North America**

represented by **Linda M. Carmichael**
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Email:
carmichaell@whiteandwilliams.com
*TERMINATED: 02/17/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Stephen Casarino**
White & Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
Email:
casarinom@whiteandwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Integrated Health Services, Inc.**

represented by **Frederick Brian Rosner**
Jaspen Schlesinger Hoffman
1201 North Orange Street
Suite 1001
Wilmington, DE 19801
Email: frosner@jshllp-de.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kenneth John Enos**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kenos@ycst.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABE Briarwood Corp.**                    represented by   **Frederick Brian Rosner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/14/2004 | 1 | MOTION by Indemnity Insurance to Withdraw the Reference (mwm) (Entered: 09/14/2004) |
| 09/14/2004 | 2 | NOTICE of Docketing: Bankruptcy withdrawal record from Case # 03-AV-55550 (mwm) (Entered: 09/14/2004) |
| 09/22/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 09/22/2004) |
| 10/12/2004 | 4 | NOTICE of Completion of Briefing on Plaintiff's Motion to Withdraw the Reference by Indemnity Insurance (asw) (Entered: 10/13/2004) |
| 10/14/2004 | 5 | DESIGNATION of record on appeal (Adversary No. 03-55550) (asw) (Entered: 10/15/2004) |
| 11/22/2004 | 6 | Letter to Judge Sleet from Marc S. Casarino, Esq. requesting from the court entry of an order withdrawing the reference in this adversary proceeding to the extent that the court will not require oral argument on this matter (asw) (Entered: 11/24/2004) |
| 12/02/2004 | 7 | ORDER granting Plaintiff's [1-1] motion to Withdraw the Reference ( signed by Judge Gregory M. Sleet ) copies to: Counsel (asw) (Entered: 12/02/2004) |
| 01/20/2005 | 8 | MOTION by Indemnity Insurance with Proposed Order for Ward A. Rivers, Esq. to Appear Pro Hac Vice (asw) (Entered: 01/21/2005) |
| 01/20/2005 | 9 | CERTIFICATE OF SERVICE by Indemnity Insurance re: Motion and Order for Admission Pro Hace Vice (asw) (Entered: 01/21/2005) |
| 01/20/2005 | 10 | MOTION by Indemnity Insurance with Proposed Order for Gerald Valentini, Esq. to Appear Pro Hac Vice (asw) (Entered: 01/21/2005) |

| 01/21/2005 | | So Ordered granting [8-1] motion for Ward A. Rivers, Esq. to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 01/25/2005) |
| 01/21/2005 | | So Ordered granting [10-1] motion for Gerald Valentini, Esq. to Appear Pro Hac Vice ( signed by Judge Gregory M. Sleet ) Notice to all parties. (mmm) (Entered: 01/25/2005) |
| 02/14/2005 | 11 | Case File Withdrawn from Bankruptcy Court 03-AV-55550 (Docket Item nos. 1-18 attached) (mwm, ) (Entered: 02/14/2005) |
| 02/14/2005 | 12 | Acknowledgement receipt by the Clerk of the transferred record from Bankruptcy Court on 2/14/05. (asw, ) (Entered: 02/16/2005) |
| 02/16/2005 | 13 | Letter to the Court from Marc S. Casarino, Esq. requesting removal of Linda Carmichael's name from the docket and entering Marc S. Casarino as lead counsel in this case matter. (asw, ) (Entered: 02/17/2005) |
| 04/05/2005 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Francis J. Deasey - filed by Indemnity Insurance Company of North America. (Attachments: # 1 Certificate of Service)(Casarino, Marc) (Entered: 04/05/2005) |
| 04/07/2005 | | ORDER granting 14 Motion for Leave to Appear Pro Hac Vice . Signed by Judge Gregory M. Sleet on 4/7/05. (asw ) (Entered: 04/08/2005) |
| 04/18/2005 | 15 | MOTION to Amend/Correct *Complaint* - filed by Indemnity Insurance Company of North America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(Casarino, Marc) (Entered: 04/18/2005) |
| 05/12/2005 | 16 | MOTION for Extension of Time to File Response/Reply *to Motion to Amend Complaint* - filed by ABE Briarwood Corp.. (Attachments: # 1 Text of Proposed Order)(Rosner, Frederick) (Entered: 05/12/2005) |
| 05/13/2005 | 17 | MOTION to Intervene *and Response to the Motion of Indemnity Insurance Company of North America to Amend the Complaint* - filed by Integrated Health Services, Inc.. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5)(Barry, Joseph) (Entered: 05/13/2005) |
| 05/27/2005 | 18 | RESPONSE to Motion re 17 MOTION to Intervene *and Response to the Motion of Indemnity Insurance Company of North America to Amend the Complaint* filed by Indemnity Insurance Company of North America. (Casarino, Marc) (Entered: 05/27/2005) |
| 05/31/2005 | 19 | RESPONSE to Motion re 16 MOTION for Extension of Time to File Response/Reply *to Motion to Amend Complaint* filed by Indemnity Insurance Company of North America. (Casarino, Marc) (Entered: 05/31/2005) |
| 06/07/2005 | 20 | MOTION for Leave to File *Reply (Regarding Plaintiff, Indemnity Insurance Company Of North America?s Response To Motion Of IHS Liquidating LLC To Intervene And Response To The Motion of Indemnity Insurance Company Of North America To Amend The Complaint) (Related Docket Number 18)* - filed by Integrated Health Services, Inc.. (Enos, Kenneth) (Entered: 06/07/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/09/2005 11:41:42 | | | |
| **PACER Login:** | ts1665 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01262-GMS Start date: 1/1/1970 End date: 12/9/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |