## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2005, a copy of the foregoing *Motion of IHS Liquidating LLC for Partial Summary Judgment* was caused to be served by first class mail (unless otherwise indicated) upon the following:

SEE ATTACHED SERVICE LIST

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165

James F Harker, Esq.
Herlily Harker & Kavanaugh
1400 N Market St
Suite 200
Wilmington, DE 19801

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Thomas G. Whalen Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, De 19801

Marc Stephen Casarino, Esq.
White and Williams LLP
824 Market Street
Suite 902
Wilmington, DE 19899

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

Francis J. Deasey, Esq.
Gerald J. Vaalentini, Esq.
Deasey Mahoney & Bender, Ltd.
1800 JFK Blvd.
Suite 1300
Philadelphia, PA19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, New Jersey 07054-0438