# BIFFERATO GENTILOTTI
# BIDEN & BALICK

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
Linda Richenderfer
Veronica O. Faust
Joanne Ceballos
David W. deBruin*
David A. Denham
James E. Drnec
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel

*Admitted in PA & NJ only

*Senior Counsel*
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

September 6, 2006

**VIA E-FILE**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

      Re:   *IHS Liquidating LLC v. Ace Indemnity Insurance Company*
              05-376 (GMS)

Dear Judge Sleet:

      In accordance with the Court's instructions, I am enclosing a Proposed Scheduling Order ("Order") incorporating the dates agreed upon at the Scheduling Conference. The Order was circulated among all parties and this office did not receive any objections.

      If the Court has any questions, counsel is available at the Court's convenience.

                            Respectfully submitted,

                            Garvan F. McDaniel (No. 4167)

GFM/cpf
Enclosure

www.bgbblaw.com

1308 Delaware Avenue    200 Biddle Avenue, Suite 203    711 King Street    701 Rehoboth Avenue
Wilmington, DE 19806    Newark, DE 19702    Wilmington, DE 19801    Rehoboth Beach, DE 19971
Phone: 302 429 1900    Phone: 302 429 1900    Phone: 302 658 4265    Phone: 302 227 6600
Fax: 302 429 8600    Fax: 302 832 7540    Fax: 302 658 1682    Toll-Free: 866 618 2433
                                                                                                                                                                     Fax: 302 227 6778

cc: **BY U.S. MAIL**

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

James F. Harker, Esq.
Herlily Harker & Kavanaugh
1400 N Market St
Suite 200
Wilmington, DE 19801

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Leonard P. Goldberg, Esq.
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Thomas O. Farrish, Esquire
Daniel L. FitzMaurice, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Francis J. Deasey, Esq.
Gerald J. Valentini, Esq.
Deasey Mahoney & Bender, Ltd.
1800 JFK Blvd., Suite 1300
Philadelphia, PA 19103

George C. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438