IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendants. | |

## CONSENT TO AMENDMENT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Third-Party Plaintiff, IHS Liquidating LLC, hereby consents to the Third-Party Defendant General Star Indemnity Company's amendment of its Answer and Affirmative Defenses, which amendment alters certain of the responsive paragraphs and includes a counterclaim for reformation of a contract of insurance.

Dated: October 12, 2006

THIRD-PARTY PLAINTIFF,
IHS LIQUIDATING, LLC

_____
Garvan F. McDaniel, Esq.
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
Tel:  (302) 429-1900
Email: gfm@bgbblaw.com

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel:  (212) 704-6000
Email: lee.stremba@troutmansanders.com