IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-376 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Marc S. Casarino, Esquire, as attorney for the Defendant, ACE Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America, and

**PLEASE ENTER** the appearance of Benjamin C. Wetzel, III, Esquire and Natalie M. Ippolito, Esquire, as attorneys for the Defendant, ACE Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America, in the above-referenced matter.

| WHITE AND WILLIAMS, LLP | WETZEL & ASSOCIATES, P.A. |
|---|---|
|     /s/Marc S. Casarino, Esq. |     /s/ Benjamin C. Wetzel, III |
| Marc S. Casarino, Esq. (#3613) | Benjamin C. Wetzel, Esq. (#985) |
| 824 N. Market Street, Suite 902 | Natalie M. Ippolito, Esq. (#3845) |
| P.O. Box 709 | 1100 N. Grant Avenue, Suite 201 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19805 |
| casarinom@whiteand Williams.com | nippolito@wetzellaw.com |
| (302) 467-4520 | (302) 652-1200 |

## **CERTIFICATE OF SERVICE**

      I, Benjamin C. Wetzel, III, certify that the foregoing Notice of Substitution of Counsel was served on October 31, 2006 on the following individuals via electronic filing:

Marc S. Casarino, Esquire
White and Williams, LLP
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Garven F. McDaniel, Esquire
Bifferato Gentilotti Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

James F. Harker, Esquire
Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

        WETZEL & ASSOCIATES, P.A.

        <u>/s/ Benjamin C. Wetzel, III</u>
        Benjamin C. Wetzel, III
        ID No. 985
        Natalie M. Ippolito
        ID No. 3845he Carriage House, Suite 201
        1100 North Grant Avenue
        Wilmington, DE 19805
        nippolito@wetzellaw.com
        (302) 652-1200
        *Attorney for Defendant ACE Indemnity*
        *Insurance Company f/k/a Indemnity*
        *Insurance Company of North America*