**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>Third-Party Defendants | |

**ORDER**

**AND NOW,** this _____ day of _____, 2006, upon consideration of Defendant Indemnity Insurance Company of North America's Motion to Amend its Answer to the Third-Party Complaint and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant Indemnity Insurance Company of North America's Motion to Amend is GRANTED. Defendant Indemnity Insurance Company of North America shall file its amended pleading in the form attached to its motion within ten days from the date of this Order.

_____
The Honorable Gregory M. Sleet