IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendant. | |

## NOTICE OF SERVICE

I, James F. Harker, Esquire, hereby certify that on this 31st day of October, 2006, I caused a true and correct copy of Third-Party Defendant General Star Indemnity Company's Initial Disclosures to be served upon the below-listed counsel of record via first class mail:

| | |
|---|---|
| Ian Connor Bifferato, Esq.<br>Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti Biden & Balick<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899 | Christopher Page Simon, Esq.<br>Cross & Simon, LLC<br>913 Market Square, Suite 1001<br>Wilmington, DE 19801 |
| Benjamin C. Wetzel III, Esq.<br>Wetzel & Associates, PA<br>The Carriage House, Suite 201<br>111 North Grant Avenue<br>Wilmington, DE 19805 | Lee W. Stremba, Esq.<br>Clement H. Berne, Esq.<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| Thomas G. Whalen, Jr., Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | Leonard P. Goldberg, Esq.<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 |
| Francis J. Deasey, Esq.<br>Gerald J. Valentini, Esq.<br>Deasey, Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Boulevard, Suite 1300<br>Philadelphia, PA 19103 | George C. Campion, Esq.<br>Weiner Lesniak, LLP<br>629 Parsippany Road<br>Parsippany, NJ 07054-0438 |

**COHEN, SEGLIAS, PALLAS,<br>GREENHALL & FURMAN, P.C.**

/s/ James F. Harker
James F. Harker, Esq. (I.D. No. 255)
1007 N. Orange Street, Suite 1130
Nemours Building
Wilmington, Delaware 19801
Phone: (302)425-5089
*Attorneys for General Star Indemnity Company*

Dated: October 31, 2006

JFK:cbc