## CERTIFICATE OF SERVICE

I, James F. Harker, hereby certify that on this 31st day of October, 2006, I caused a true and correct copy of the foregoing Notice of Service of Third-Party Defendant General Star Indemnity Company's Initial Disclosures to be served upon the following individuals via electronic filing:

Garvan F. McDaniel, Esq.
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801

Benjamin C. Wetzel III, Esq.
Wetzel & Associates, PA
The Carriage House, Suite 201
111 North Grant Avenue
Wilmington, DE  19805

/s/ James F. Harker
James F. Harker, Esquire (I.D. No. 255)