IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., ) | Case No. 00-389 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| IHS LIQUIDATING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-376 (GMS) |
| ) | |
| v. ) | |
| ) | |
| ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gerald J. Valentini, Esquire, to represent Defendant Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America in this matter.

        WETZEL & ASSOCIATES, P.A.

        /s/Benjamin C. Wetzel, III
        BENJAMIN C. WETZEL, III (ID No. 985)
        The Carriage House, Suite 201
        1100 North Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        *Attorney for Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America*

Date:  November 1, 2006

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                          _____
                                             United States District Judge

## **CERTIFICATION OF SERVICE**

I certify that on August 23, 2006, I electronically filed the within Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Garven F. McDaniel, Esquire
Bifferato Gentilotti Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

James F. Harker, Esquire
Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

    WETZEL & ASSOCIATES, P.A.

    /s/ Benjamin C. Wetzel, III
    Benjamin C. Wetzel, III
    ID No. 985
    The Carriage House, Suite 201
    1100 North Grant Avenue
    Wilmington, DE 19805
    (302) 652-1200
    *Attorney for Defendant ACE Indemnity*
    *Insurance Company f/k/a Indemnity*
    *Insurance Company of North America*