IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., ) | Case No. 00-389 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| IHS LIQUIDATING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-376 (GMS) |
| ) | |
| v. ) | |
| ) | |
| ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ward A. Rivers, Esquire, to represent Defendant Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America in this matter.

                                                WETZEL & ASSOCIATES, P.A.

                                                /s/Benjamin C. Wetzel, III
                                                BENJAMIN C. WETZEL, III (ID No. 985)
                                                The Carriage House, Suite 201
                                                1100 North Grant Avenue
                                                Wilmington, DE 19805
                                                (302) 652-1200
                                                *Attorney for Ace Indemnity Insurance Company*
                                                *f/k/a Indemnity Insurance Company of North*
                                                *America*

Date: November 1, 2006

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey; and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Ward A. Rivers, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
Telephone: (215) 587-9400
Telecopier: (215) 587-9456

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                              United States Bankruptcy Judge

SL1 569572v1/020037.00001

**CERTIFICATION OF SERVICE**

I certify that on November 1, 2006, I electronically filed the within Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Garven F. McDaniel, Esquire
Bifferato Gentilotti Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

James F. Harker, Esquire
Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

                        WETZEL & ASSOCIATES, P.A.

                        /s/ Benjamin C. Wetzel, III
                        Benjamin C. Wetzel, III
                        ID No. 985
                        The Carriage House, Suite 201
                        1100 North Grant Avenue
                        Wilmington, DE 19805
                        (302) 652-1200
                        *Attorney for Defendant ACE Indemnity*
                        *Insurance Company f/k/a Indemnity*
                        *Insurance Company of North America*