## CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on this, the 21st day of November, 2006, a copy of the foregoing *Memorandum of Law for Plaintiff IHS Liquidating LLC in Opposition to Motion of Defendant Indemnity Insurance Company of North America for Leave to Amend its Answer to the Third-Party Complaint* was caused to be served in the manner indicated upon the following:

**BY HAND DELIVERY & BY U.S. MAIL**
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE 19801

James F. Harker, Esq.
Cohen Seglias Pallas Greenhill & Furman PC
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Joshua W. Cohen, Esq. **
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

Ben C. Wetzel, Esq.
Wetzel & Associates, P.C.
1100 North Grant Avenue
Suite 201
Wilmington, DE 19805

Christopher Page Simon, Esq.
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19899

Leonard P. Goldberg, Esq. **
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Thomas O. Farrish, Esquire **
Daniel L. FitzMaurice, Esquire
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

Francis J. Deasey, Esq. **
Gerald J. Valentini, Esq.
Deasey Mahoney & Bender, Ltd.
1800 JFK Blvd., Suite 1300
Philadelphia, PA 19103

John B. Nolan, Esquire **
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

George C. Campion, Esq. **
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165

**    By U.S. Mail only