IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-376 (GMS) |
| v. | ) | |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## STIPULATION

**IT IS HEREBY STIPULATED** by the undersigned attorneys to extend the time for Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America to file a response to Plaintiff's IHS Liquidating, LLC Brief in Opposition to IICNA's Motion to Amend Its Answer to the Third-Party Complaint. The original date for a response to be filed is Monday,

December 4, 2006.  The undersigned attorneys have agreed to extend the date to Wednesday, December 6, 2006.

| | |
|---|---|
| BIFFERATO GENTILOTTI BIDEN & BALICK, LLC | WETZEL & ASSOCIATES, P.A. |
| __/s/ Garvan F. McDaniel_____ | _/s/Benjamin C. Wetzel, III_____ |
| GARVAN F. MCDANIEL (ID No. 4167) | BENJAMIN C. WETZEL, III (ID No. 985) |
| 1308 Delaware Avenue | The Carriage House, Suite 201 |
| Wilmington, DE 19806 | 1100 North Grant Avenue |
| (302) 429-0907 | Wilmington, DE 19805 |
| *Attorney for IHS Liquidating, LLC* | (302) 652-1200 |
| | *Attorney for Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America* |

Date:  December 1, 2006

## ORDER GRANTING STIPULATION

　　IT IS HEREBY ORDERED the stipulation to extend the response date for Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America to respond to HIS Liquidating, LLC's Brief in Opposition to IICNA's Motion to Amend Its Answer to the Third-Party Complaint is granted.

Date:_____                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATION OF SERVICE**

I certify that on December, 2006, I electronically filed the within Stipulation with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Garven F. McDaniel, Esquire
Bifferato Gentilotti Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

James F. Harker, Esquire
Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

    WETZEL & ASSOCIATES, P.A.

    /s/ Benjamin C. Wetzel, III
    Benjamin C. Wetzel, III
    ID No. 985
    The Carriage House, Suite 201
    1100 North Grant Avenue
    Wilmington, DE 19805
    (302) 652-1200
    *Attorney for Defendant ACE Indemnity*
    *Insurance Company f/k/a Indemnity*
    *Insurance Company of North America*