UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al,*<br>Debtors.<br>------<br>IHS LIQUIDATING, LLC,<br><br>    Plaintiff,<br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>    Defendant.<br>------<br>IHS LIQUIDATING, LLC,<br><br>    Third-Party Plaintiff<br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>OF PITTSBURGH, PA,<br>GENERAL STAR INDEMNITY COMPANY<br>and ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA<br><br>    Third-Party Defendants. | Chapter 11<br>Case No. 00-389 (MFW)<br><br>(Jointly Administered)<br><br>Civil Action No. 05-376 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the moves the admission *pro hac vice* of George G. Campion to represent National Union Fire Insurance Company of Pittsburgh, PA, in this matter.

Dated: January 19, 2007
       Wilmington, Delaware                                 CROSS & SIMON, LLC

                                                                  By: /s/ CPS
                                                   Richard H. Cross, Jr. (No. 3576)
                                                   Christopher P. Simon (No. 3697)
                                                 913 North Market Street, 11th Floor
                                                 Wilmington, Delaware 19899-1380
                                                 (302) 777-4200 (302) 777-4224 (Facsimile)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                 By: /s/ George G. Campion
                                                 George G. Campion, Esquire
                                                 WEINER LESNIAK, LLP
                                                 629 Parsippany Road
                                                 Parsippany, New Jersey 07054-0438
                                                 Telephone: (973) 403-1100
                                                 Facsimile: (973) 403-0010

Date: Jan 16, 2007

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                 _____
                                                          The Honorable Gregory M. Sleet
                                                          United States District Judge