## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC.,<br>*et al.*<br><br>               Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>               Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>               Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE<br>COMPANY f/k/a INDEMNITY INSURANCE<br>COMPANY OF NORTH AMERICA,<br><br>               Third-Party Defendant. | |

## NOTICE OF SERVICE

I, James F. Harker, Esquire, hereby certify that on this 23rd day of January, 2007, I

caused a true and correct copy of Third-Party Defendant General Star Indemnity Company's

First Set of Interrogatories and Requests for Production of Documents to Defendant Ace

Indemnity Insurance Company, f/k/a Indemnity Insurance Company of North America, to be

served upon the below-listed counsel of record via first class mail:

Garvan F. McDaniel, Esquire
Bifferato Gentilotti Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

Christopher Page Simon, Esquire
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801

Benjamin C. Wetzel III, Esquire
Wetzel & Associates, PA
The Carriage House, Suite 201
111 North Grant Avenue
Wilmington, DE 19805

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Francis J. Deasey, Esquire
Gerald J. Valentini, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

Of Counsel:

DAY, BERRY & HOWARD, LLP
Thomas O. Farrish, Esquire
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 274-0100

COHEN SEGLIAS PALLAS GREENHALL &
FURMAN, PC


/S/ James F. Harker
James F. Harker, Esq. (I.D. No. 255)
1007 North Orange Street, Suite 1130
Wilmington, Delaware 19801
Phone: (302)425-5089
*Attorneys for General Star Indemnity
Company*


Dated: January 23, 2007

25037-001/12