## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al,* | Case No. 00-389 (MFW) |
|  | (Jointly Administered) |
| Debtors. |  |
| IHS LIQUIDATING, LLC, |  |
| Plaintiff, |  |
| v. | Civil Action No. 05-376 (GMS) |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, |  |
| Defendant. |  |
| IHS LIQUIDATING, LLC, |  |
| Third-Party Plaintiff, |  |
| v. |  |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA |  |
| Third-Party Defendants. |  |

## **NOTICE OF SERVICE**

I, Christopher P. Simon, Esquire hereby certify that on January 26, 2007, I caused two copies of the First Request for Documents of National Union Fire Insurance of Pittsburgh, PA Directed to Ace Indemnity Insurance Company to be served upon the following list as indicated.

**Via First Class U.S. Mail**
Garven F. McDaniel, Esq.
Ian Connor Bifferato, Esq.
Bifferato Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE 19806

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

Arthur Steinberg, Esq.
Marc D. Rosenberg, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Dated: January 26, 2007
      Wilmington, Delaware

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Thomas G. Whalen, Jr.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
    Christopher P. Simon (Del. Bar No. 3697)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware  19899-1380
    Telephone:  302-777-4200
    Facsimile:  302-777-4224

    and

    George C. Campion, Esquire
    WEINER LESNIAK, LLP
    629 Parsippany Road
    Parsippany, New Jersey 07054-0438
    Telephone: 973-403-1100
    Facsimile: 973-403-0010

    *Counsel for National Union Fire Insurance*
    *Company of Pittsburgh, PA*