## CERTIFICATE OF SERVICE

I, Christopher P. Simon, Esquire do hereby certify that on this 26th day of January, 2007, I caused copies of the **Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)** to be served upon the parties listed below in the manner indicated:

**Via First Class U.S. Mail**
Garven F. McDaniel, Esq.
Ian Connor Bifferato, Esq.
Bifferato Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE 19806

Joshua W. Cohen, Esq.
Day, Berry & Howard LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

John B. Nolan, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

Arthur Steinberg, Esq.
Marc D. Rosenberg, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Thomas G. Whalen, Jr.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

  /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)