## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| INTEGRATED HEALTH SERVICES, INC., *et al,* | ) | Case No. 00-389 (MFW) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
| IHS LIQUIDATING, LLC, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Civil Action No. 05-376 (GMS) |
|  | ) |  |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| IHS LIQUIDATING, LLC, | ) |  |
|  | ) |  |
| Third-Party Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | ) |  |
|  | ) |  |
| Third-Party Defendants. | ) |  |

## **NOTICE OF SERVICE**

I, Christopher P. Simon, Esquire hereby certify that on January 30, 2007, I caused two copies of the First Request for Documents of National Union Fire Insurance of Pittsburgh, PA Directed to Ace Indemnity Insurance Company to be served upon the following list as indicated.

**Via First Class U.S. Mail**
Benjamin C. Wetzel, III
Wetzel & Associates, P.A.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

**Via Hand Delivery**
James F. Harker, Esq.
Cohen Seglias Pallas Greenhill & Furhman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19899


Dated: January 30, 2007
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
    Christopher P. Simon (Del. Bar No. 3697)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    Telephone: 302-777-4200
    Facsimile: 302-777-4224

    and

    George C. Campion, Esquire
    WEINER LESNIAK, LLP
    629 Parsippany Road
    Parsippany, New Jersey 07054-0438
    Telephone: 973-403-1100
    Facsimile: 973-403-0010

    *Counsel for National Union Fire Insurance*
    *Company of Pittsburgh, PA*