**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

_____

|                                                  |     |                          |
|--------------------------------------------------|-----|--------------------------|
| In re:                                           | )   | Chapter 11               |
|                                                  | )   |                          |
| INTEGRATED HEALTH SERVICES, INC., *et al,*       | )   | Case No. 00-389 (MFW)    |
|                                                  | )   | (Jointly Administered)   |
|                             Debtors.             | )   |                          |
|                                                  | )   |                          |
| IHS LIQUIDATING, LLC,                            | )   |                          |
|                                                  | )   |                          |
|                             Plaintiff,           | )   |                          |
| v.                                               | )   | Civil Action No. 05-376 (GMS) |
|                                                  | )   |                          |
| ACE INDEMNITY INSURANCE COMPANY                  | )   | **Re: Docket No. 44**    |
| f/k/a INDEMNITY INSURANCE COMPANY                | )   |                          |
| OF NORTH AMERICA,                                | )   |                          |
|                                                  | )   |                          |
|                             Defendant.           | )   |                          |
|                                                  | )   |                          |
| IHS LIQUIDATING, LLC,                            | )   |                          |
|                                                  | )   |                          |
|                             Third-Party Plaintiff, | )  |                          |
| v.                                               | )   |                          |
|                                                  | )   |                          |
| NATIONAL UNION FIRE INSURANCE                    | )   |                          |
| OF PITTSBURGH, PA,                               | )   |                          |
| GENERAL STAR INDEMNITY COMPANY                   | )   |                          |
| and ACE INDEMNITY INSURANCE COMPANY              | )   |                          |
| f/k/a INDEMNITY INSURANCE COMPANY                | )   |                          |
| OF NORTH AMERICA                                 | )   |                          |
|                                                  | )   |                          |
|                             Third-Party Defendants. | ) |                          |

_____

## NOTICE OF SERVICE

I, Christopher P. Simon, Esquire hereby certify that on January 30, 2007, I caused a copy

of the **Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)** to be served upon the

following list as indicated.

**Via First Class U.S. Mail**
Benjamin C. Wetzel, III
Wetzel & Associates, P.A.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

**Via Hand Delivery**
James F. Harker, Esq.
Cohen Seglias Pallas Greenhill & Furhman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19899

Dated: January 30, 2007                        CROSS & SIMON, LLC
      Wilmington, Delaware

By: /s/ Christopher P. Simon
    Christopher P. Simon (Del. Bar No. 3697)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware  19899-1380
    Telephone:  302-777-4200
    Facsimile:  302-777-4224

    and

    George C. Campion, Esquire
    WEINER LESNIAK, LLP
    629 Parsippany Road
    Parsippany, New Jersey 07054-0438
    Telephone: 973-403-1100
    Facsimile: 973-403-0010

    *Counsel for National Union Fire Insurance*
    *Company of Pittsburgh, PA*