**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389(MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-376(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ORAL DEPOSITION**

TO:    George G. Campion, Esquire
       Weiner Lesniak, LLP
       629 Parsippany Road
       P.O. Box 438
       Parsippany, NJ 07054

       PLEASE TAKE NOTICE that, Defendant, ACE Indemnity Insurance Company will take

the deposition upon oral examination of Ms. Donna DiTuri at 10:00 a.m. on Friday, February 16,

2007 and continuing daily until completed at the offices of Esquire Court Reporting at 216 E.

45th Street, 8th Floor, New York, NY 10017 before a notary or other officer of the Court.

                                          WETZEL & ASSOCIATES, P.A.

                                          /s/Benjamin C. Wetzel, III
                                          BENJAMIN C. WETZEL, III (ID No. 985)
                                          1100 North Grant Avenue, Suite 201
                                          Wilmington, DE  19805
                                          (302) 652-1200

*Attorney for Ace Indemnity Insurance*
*Company f/k/a Indemnity Insurance*
*Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2007, I electronically filed the within Notice of Deposition

with the Clerk of the Court using CM/ECF which will send notification of such filing to the

following:

> Garven F. McDaniel, Esquire
> Bifferato Gentilotti & Balick
> P.O. Box 2165
> Wilmington, DE 19899
>
> James F. Harker, Esquire
> Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
> Nemours Building, Suite 1130
> 1007 Orange Street
> Wilmington, DE 19801
>
> Christopher P. Simon, Esquire
> Cross & Simon, LLC
> 913 N. Market Street, 11th Floor
> Wilmington, DE 19801

and served through the U.S. Mail:

> Lee W. Stemba, Esquire
> Clement H. Berne, Esquire
> Troutman Sanders, LLP
> The Chrsyler Building
> 405 Lexington Avenue
> New York, NY 10174
>
> Joshua W. Cohen, Esquire
> Thomas O. Farrish, Esquire
> John B. Nolan, Esquire
> Day Berry & Howard, LLP
> One Audubon Street, 6th Floor
> New Haven, CT 06511
>
> Leonard P. Goldberg, Esquire
> Stevens & Lee, P.C.
> 1818 Market Street, 29th Floor
> Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

 

WETZEL & ASSOCIATES, P.A.

/s/ Benjamin C. Wetzel, III
Benjamin C. Wetzel, III
ID No. 985
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805
(302) 652-1200
*Attorney for Defendant ACE Indemnity*
*Insurance Company f/k/a Indemnity*
*Insurance Company of North America*

 

WETZEL & ASSOCIATES, P.A.

/s/Benjamin C. Wetzel, III
BENJAMIN C. WETZEL, III (ID No. 985)
1100 North Grant Avenue, Suite 201
Wilmington, DE  19805
(302) 652-1200
*Attorney for Ace Indemnity Insurance*
*Company f/k/a Indemnity Insurance*
*Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007