**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., ) | Case No. 00-389(MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | |
| IHS LIQUIDATING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-376(GMS) |
| ) | |
| v. ) | |
| ) | |
| ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ORAL DEPOSITION OF CORPORATE DESIGNEE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (B) (6)**

TO:   James F. Harker, Esquire
      Cohen, Seglias, Pallas, Greenhall & Furman, PC
      Nemours Bldg. - Ste. 1130
      1007 Orange Street
      Wilmington, DE 19801

PLEASE TAKE NOTICE that, Defendant, ACE Indemnity Insurance Company, pursuant to Federal Rules of Civil Procedure 30(b)(6), will take the deposition upon oral examination of the corporate designee of General Star Management Company at 10:00 a.m. on Tuesday, February 20, 2007 and continuing daily until completed at offices of Chait Digital located at Two Stamford Landing, 68 Southfield Avenue, Stamford, CT 06901 before a notary or other officer of the Court.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), General Star Management Company must designate one or more of its officers, directors or managing agents or there persons who consent to testify on its behalf and is the person most knowledgeable concerning the subject matters set forth in Section "A" of this Notice.

A. **AREAS OF INQUIRY**

1. Person most knowledgeable of underwriting, reviewed application for insurance and issuance of binder and policy to Integrated Health Services, Inc. for the period January 1, 1999 to January 1, 2000 and for period January 1, 2000 to January 1, 2002.

2. Person most knowledgeable of underwriting, reviewed application for insurance and issuance of binder and policy to Integrated Health Services of Lester, Inc. for the period January 1, 1999 to January 1, 2000 and for period January 1, 2000 to January 1, 2001.

3. Person most knowledgeable with regard to the underwriting policies and procedures used by General Star Management Company in the review and issuance of Commercial Umbrella policies to Integrated Health Services, Inc. And Integrated Health Services of Lester, Inc. during the period January 1, 1997 to January 1, 2001.

4. Person most knowledgeable with regard to revisions and endorsements added to General Star Management company policies IXG-347714B and IXG-347714C.

5. Person most knowledgeable regarding contract with and retention of Hamlin & Burton Liability Management, Inc. to serve as claims administrator.

6.       Person most knowledgeable regarding claims administration and oversight of

administrator Hamlin & Burton Liability Management, Inc.

                                                                        WETZEL & ASSOCIATES, P.A.

                                                          /s/Benjamin C. Wetzel, III
                                                          BENJAMIN C. WETZEL, III (ID No. 985)
                                                          1100 North Grant Avenue, Suite 201
                                                          Wilmington, DE  19805
                                                          (302) 652-1200
                                                          *Attorney for Ace Indemnity Insurance*
                                                          *Company f/k/a Indemnity Insurance*
                                                          *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007

## **CERTIFICATE OF SERVICE**

I certify that on February 6, 2007, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Garven F. McDaniel, Esquire
    Bifferato Gentilotti & Balick
    P.O. Box 2165
    Wilmington, DE 19899

    James F. Harker, Esquire
    Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
    Nemours Building, Suite 1130
    1007 Orange Street
    Wilmington, DE 19801

    Christopher P. Simon, Esquire
    Cross & Simon, LLC
    913 N. Market Street, 11th Floor
    Wilmington, DE 19801

and served through the U.S. Mail:

    Lee W. Stemba, Esquire
    Clement H. Berne, Esquire
    Troutman Sanders, LLP
    The Chrsyler Building
    405 Lexington Avenue
    New York, NY 10174

    Joshua W. Cohen, Esquire
    Thomas O. Farrish, Esquire
    John B. Nolan, Esquire
    Day Berry & Howard, LLP
    One Audubon Street, 6th Floor
    New Haven, CT 06511

    Leonard P. Goldberg, Esquire
    Stevens & Lee, P.C.
    1818 Market Street, 29th Floor
    Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

                                        WETZEL & ASSOCIATES, P.A.

                                        /s/ Benjamin C. Wetzel, III
                                        Benjamin C. Wetzel, III
                                        ID No. 985
                                        The Carriage House, Suite 201
                                        1100 North Grant Avenue
                                        Wilmington, DE 19805
                                        (302) 652-1200
                                        *Attorney for Defendant ACE Indemnity*
                                        *Insurance Company f/k/a Indemnity*
                                        *Insurance Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007