**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389(MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-376(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ORAL DEPOSITION**

TO:  James F. Harker, Esquire
     Cohen, Seglias, Pallas, Greenhall & Furman, PC
     Nemours Bldg. - Ste. 1130
     1007 Orange Street
     Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Defendant, ACE Indemnity Insurance Company, will take the deposition of Ken Llano on Wednesday, February 21, 2007 at 10:00 a.m. at the offices of Chait Digital located at Two Stamford Landing, 68 Southfield Avenue, Stamford, CT 06901 and continue thereafter until completed. The deposition shall be taken before a court reporter or other officer authorized by law to take depositions.

                WETZEL & ASSOCIATES, P.A.

                /s/Benjamin C. Wetzel, III
                BENJAMIN C. WETZEL, III (ID No. 985)
                1100 North Grant Avenue, Suite 201
                Wilmington, DE  19805
                (302) 652-1200
                *Attorney for Ace Indemnity Insurance*
                *Company f/k/a Indemnity Insurance*
                *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2007, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Garven F. McDaniel, Esquire
>Bifferato Gentilotti & Balick
>P.O. Box 2165
>Wilmington, DE 19899
>
>James F. Harker, Esquire
>Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
>Nemours Building, Suite 1130
>1007 Orange Street
>Wilmington, DE 19801
>
>Christopher P. Simon, Esquire
>Cross & Simon, LLC
>913 N. Market Street, 11th Floor
>Wilmington, DE 19801

and served through the U.S. Mail:

>Lee W. Stemba, Esquire
>Clement H. Berne, Esquire
>Troutman Sanders, LLP
>The Chrsyler Building
>405 Lexington Avenue
>New York, NY 10174
>
>Joshua W. Cohen, Esquire
>Thomas O. Farrish, Esquire
>John B. Nolan, Esquire
>Day Berry & Howard, LLP
>One Audubon Street, 6th Floor
>New Haven, CT 06511
>
>Leonard P. Goldberg, Esquire
>Stevens & Lee, P.C.
>1818 Market Street, 29th Floor
>Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

                              WETZEL & ASSOCIATES, P.A.

                              /s/ Benjamin C. Wetzel, III
                              Benjamin C. Wetzel, III
                              ID No. 985
                              The Carriage House, Suite 201
                              1100 North Grant Avenue
                              Wilmington, DE 19805
                              (302) 652-1200
                              *Attorney for Defendant ACE Indemnity*
                              *Insurance Company f/k/a Indemnity*
                              *Insurance Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007