IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., et al., | ) | Case No. 00-389(MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-376(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ORAL DEPOSITION OF CORPORATE DESIGNEE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (B) (6)**

TO:  George G. Campion, Esquire
     Weiner Lesniak, LLP
     629 Parsippany Road
     P.O. Box 438
     Parsippany, NJ  07054

PLEASE TAKE NOTICE that, Defendant, ACE Indemnity Insurance Company, pursuant to Federal Rules of Civil Procedure 30(b)(6), will take the deposition upon oral examination of the corporate designee of National Union Fire Insurance Company of Pittsburgh, PA at 10:00 a.m. on Thursday, February 15, 2007 and continuing daily until completed at the offices of Esquire Court Reporting at 216 E. 45th Street, 8th Floor, New York, NY 10017 before a notary or other officer of the Court.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), National Union Fire Insurance Company of Pittsburgh, PA must designate one or more of its officers, directors or managing agents or there persons who consent to testify on its behalf and is the person most knowledgeable concerning the subject matters set forth in Section "A" of this Notice.

    A.    **AREAS OF INQUIRY**

1. Person most knowledgeable of underwriting, reviewed application for insurance and issuance of binder and policy to Integrated Health Services, Inc. for the period January 1, 1999 to January 1, 2000 and for period January 1, 2000 to January 1, 2002.

2. Person most knowledgeable of underwriting, reviewed application for insurance and issuance of binder and policy to Integrated Health Services of Lester, Inc. for the period January 1, 1999 to January 1, 2000 and for period January 1, 2000 to January 1, 2001.

3. Person most knowledgeable with regard to the underwriting policies and procedures used by National Union Fire Insurance Company of Pittsburgh, PA in the review and issuance of Commercial Umbrella policies to Integrated Health Services, Inc. And Integrated Health Services of Lester, Inc. during the period January 1, 1997 to January 1, 2001.

4. Person most knowledgeable with regard to revisions and endorsements added to National Union Fire Insurance Company of Pittsburgh, PA policies BE 357-43-43; BE 357-43-44; BE 357-43-84 and BE 357-43-86.

5. Person most knowledgeable regarding contract with and retention of Hamlin & Burton Liability Management, Inc. to serve as claims administrator.

6. Person most knowledgeable regarding claims administration and oversight of administrator Hamlin & Burton Liability Management, Inc.

7. Person most knowledgeable regarding the submission of policy BE 357-45-43 to the United States Bankruptcy Court for the District of Delaware in response to an adversary captioned Integrated Health Services, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA, adv. Proc. No. 03-52081.

          WETZEL & ASSOCIATES, P.A.

          /s/Benjamin C. Wetzel, III
          BENJAMIN C. WETZEL, III (ID No. 985)
          1100 North Grant Avenue, Suite 201
          Wilmington, DE  19805
          (302) 652-1200
          *Attorney for Ace Indemnity Insurance*
          *Company f/k/a Indemnity Insurance*
          *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007

# **CERTIFICATE OF SERVICE**

I certify that on February 6, 2007, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Garven F. McDaniel, Esquire
    Bifferato Gentilotti & Balick
    P.O. Box 2165
    Wilmington, DE 19899

    James F. Harker, Esquire
    Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
    Nemours Building, Suite 1130
    1007 Orange Street
    Wilmington, DE 19801

    Christopher P. Simon, Esquire
    Cross & Simon, LLC
    913 N. Market Street, 11th Floor
    Wilmington, DE 19801

and served through the U.S. Mail:

    Lee W. Stemba, Esquire
    Clement H. Berne, Esquire
    Troutman Sanders, LLP
    The Chrsyler Building
    405 Lexington Avenue
    New York, NY 10174

    Joshua W. Cohen, Esquire
    Thomas O. Farrish, Esquire
    John B. Nolan, Esquire
    Day Berry & Howard, LLP
    One Audubon Street, 6th Floor
    New Haven, CT 06511

    Leonard P. Goldberg, Esquire
    Stevens & Lee, P.C.
    1818 Market Street, 29th Floor
    Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

                WETZEL & ASSOCIATES, P.A.

                /s/Benjamin C. Wetzel, III
                BENJAMIN C. WETZEL, III (ID No. 985)
                1100 North Grant Avenue, Suite 201
                Wilmington, DE  19805
                (302) 652-1200
                *Attorney for Ace Indemnity Insurance*
                *Company f/k/a Indemnity Insurance*
                *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  February 6, 2007