## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al,* ) | Case No. 00-389 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| IHS LIQUIDATING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-376 (GMS) |
| ) | |
| ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IHS LIQUIDATING, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| OF PITTSBURGH, PA, ) | |
| GENERAL STAR INDEMNITY COMPANY ) | |
| and ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
| ) | |
| Third-Party Defendants. ) | |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the moves the admission *pro hac vice* of Gwynne A. Young as co-counsel to represent National Union Fire Insurance Company of Pittsburgh, Pennsylvania in this matter.

Dated: February 9, 2007
       Wilmington, Delaware                          CROSS & SIMON, LLC

                                                        By: /s/ Christopher P. Simon
                                                           Richard H. Cross, Jr. (No. 3576)
                                                           Christopher P. Simon (No. 3697)
                                                           913 North Market Street, 11th Floor
                                                           Wilmington, Delaware 19899-1380
                                                           (302) 777-4200 (302) 777-4224 (Facsimile)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Florida Bar, the Bar of the Middle District of Florida as well as the Southern District of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: /s/ Gwynne A. Young
Gwynne A. Young, Esquire (FL Bar No.185582)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607-5736
Telephone: (813) 229-4333
Facsimile: (813) 229-4133
gyoung@carltonfields.com

Date: February 7, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
The Honorable Gregory M. Sleet
United States District Judge