UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al,* ) | Case No. 00-389 (MFW) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| IHS LIQUIDATING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-376 (GMS) |
| ) | |
| ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| IHS LIQUIDATING, LLC, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| OF PITTSBURGH, PA, ) | |
| GENERAL STAR INDEMNITY COMPANY ) | |
| and ACE INDEMNITY INSURANCE COMPANY ) | |
| f/k/a INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
| ) | |
| Third-Party Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the moves the admission *pro hac vice* of F. Townsend Hawkes as co-counsel to represent National Union Fire Insurance Company of Pittsburgh, Pennsylvania in this matter.

Dated: February 9, 2007
       Wilmington, Delaware                   CROSS & SIMON, LLC

                                       By: /s/ Christopher P. Simon
                                          Richard H. Cross, Jr. (No. 3576)
                                          Christopher P. Simon (No. 3697)
                                          913 North Market Street, 11th Floor
                                          Wilmington, Delaware 19899-1380
                                          (302) 777-4200 (302) 777-4224 (Facsimile)

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: _____
F. Townsend Hawkes, Esquire (FL Bar No. 307629)
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Tampa, FL 33607-5736
Telephone: (813) 229-
Facsimile: (813) 229-4133

Date: 2/7/07

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                  The Honorable Gregory M. Sleet
                                  United States District Judge