IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>                  Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                  Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>                    Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                  Third-Party Defendant. | |

## NOTICE OF DEPOSITION

TO:  Francis J. Deasey, Esquire  
     Ward A. Rivers, Esquire  
     Deasey, Mahoney & Bender, Ltd.  
     1800 John F. Kennedy Boulevard  
     Suite 1300  
     Philadelphia, PA 19103  

Benjamin C. Wetzel III, Esquire  
Wetzel & Associates, P.A.  
The Carriage House  
1100 North Grant Avenue  
Suite 201  
Wilmington, DE 19805  

     Christopher Page Simon, Esquire  
     Cross & Simon, LLC  
     913 Market Square  
     Suite 1001  
     Wilmington, DE 19801  

Garvan F. McDaniel, Esquire  
Bifferato, Gentilotti & Biden  
The Buckner Building  
1308 Delaware Avenue  
Wilmington, DE 19801  

PLEASE TAKE NOTICE that Third-Party Defendant General Star Indemnity Company ("GenStar") will take the deposition of the Defendant ACE Indemnity Insurance Company, f/k/a Indemnity Insurance Company of North America ("Defendant") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on Tuesday, February 27, 2007, at 10:00am, at the offices of Cohen Seglias Pallas Greenhall & Furman, PC, Nemours Building, 1007 North Orange Street, Suite 1130, Wilmington, Delaware 19801, before a Notary or other competent authority authorized to administer oaths. The examination will continue from day-to-day until completed. The testimony shall be recorded by stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Defendant shall designate one or more of its officers, directors or managing agents, or such other persons who consent to testify on its behalf, to testify on the following matters:

1. The Defendant's receipt, investigation, handling, adjustment and disposition of liability claims made against Integrated Health Services, Inc. ("IHS"), Integrated Health Services of Lester, Inc. ("Lester") and/or any subsidiary of IHS or Lester.

2.    The formation of and bases for Defendant's claim that a certain policy of insurance issued by GenStar to IHS covering the period from January 1, 1999 to January 1, 2000 is not properly exhausted.

3.    The formation and bases for Defendant's claim that certain policies of insurance issued by Third-Party Defendant National Union Insurance Company of Pittsburgh, PA to IHS and Lester covering the period from January 1, 1999 to January 1, 2000 are not properly exhausted.

| | |
|---|---|
| Of Counsel:<br><br>DAY, BERRY & HOWARD, LLP<br>Thomas O. Farrish, Esquire<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT  06103-3499<br>(860) 274-0100 | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC<br><br>/S/ James F. Harker<br>James F. Harker, Esq. (I.D. No. 255)<br>1007 North Orange Street, Suite 1130<br>Wilmington, Delaware 19801<br>Phone: (302)425-5089<br>*Attorneys for General Star Indemnity Company* |

Dated:  February 15, 2007

25037-001/15