IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2007, I electronically filed Third-Party Defendant General Star Indemnity Company's Notice of Deposition to Defendant Ace Indemnity Insurance Company, f/k/a Indemnity Insurance Company of North America, with the Clerk of the Court using CM/ECF and by first class mail to the following:

| | |
|---|---|
| Thomas G. Whalen, Jr., Esquire<br>Leonard P. Goldberg, Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>tgw@stevenslee.com<br>lpg@stevenslee.com | Gerald J. Valentini, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Boulevard<br>Suite 1300<br>Philadelphia, PA 19103 |
| Christopher Page Simon, Esquire<br>Cross & Simon, LLC<br>913 Market Square, Suite 1001<br>Wilmington, DE 19801<br>csimon@crosslaw.com | Arthur Steinberg, Esquire<br>Marc D. Rosenberg, Esquire<br>Ana Alfronso, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 |
| Francis J. Deasey, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Boulevard<br>Suite 1300<br>Philadelphia, PA 19103 | Garvan F. McDaniel, Esquire<br>Bifferato, Gentilotti & Biden<br>The Buckner Building<br>1308 Delaware Avenue<br>Wilmington, DE 19899 |
| Lee W. Stremba, Esquire<br>Clement H. Berne, Esquire<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Benjamin C. Wetzel III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 North Grant Avenue<br>Wilmington, DE 19805 |

Of Counsel:

Day Pitney LLC
Thomas O. Farrish, Esquire
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499
(860) 274-0100

COHEN SEGLIAS PALLAS GREENHALL &
FURMAN, PC

_____
James F. Harker, Esq. (I.D. No. 255)
1007 North Orange Street, Suite 1130
Wilmington, Delaware 19801
Phone: (302) 425-5089
*Attorneys for General Star Indemnity Company*

25037-001/13