IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Integrated Health Services, Inc., *et al.*, | ) | Bankruptcy Case No. 00-389 (MFW) |
| | ) | (Chapter 11) |
| Debtors. | ) | |
| | ) | |
| Indemnity Insurance Company of North America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1262 (GMS) |
| | ) | |
| Integrated Health Services, Inc., and ABE Briarwood Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| IHS Liquidating LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-376 (GMS) |
| | ) | |
| Ace Indemnity Insurance Company | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

WHEREAS, on February 20, 2007, the court conducted a teleconference to discuss a discovery dispute and Ace Indemnity Insurance Company's pending motion to amend in Civil Action No. 05-376 (the "05-376 Action");

WHEREAS, the court's discussion with the parties shifted to the option of consolidating the 05-376 Action with Civil Action No. 04-1262 (the "04-1262 Action");

WHEREAS, the teleconference was continued to February 21, 2007, so as to further discuss the possibility of consolidation with the benefit of representation from all parties potentially affected, including counsel for ABE Briarwood Corp.; and

WHEREAS, on February 21, 2007, the court heard and considered the parties' positions with respect to consolidating the 05-376 Action with the 04-1262, for the purpose of conducting discovery;

IT IS HEREBY ORDERED that:

Civil Action Nos. 05-376 and 04-1262 shall be CONSOLIDATED for the purpose of conducting discovery.


February 27, 2007                                       /s/ Gregory M. Sleet
                                                        UNITED STATES DISTRICT JUDGE