IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Fourth-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY,<br><br>Fourth-Party Defendants. | |

## NOTICE OF SERVICE

I, James F. Harker, Esquire, hereby certify that on this 20th day of March, 2007, I caused a true and correct copy of Fourth-Party Defendant General Star Indemnity Company's Answer and Affirmative Defenses to be served upon the below-listed counsel of record by electronic filing and a copy to be sent by first-class mail:

| | |
|---|---|
| Francis J. Deasey<br>Ward A. Rivers<br>Deasey, Mahoney & Bender Ltd.<br>1800 John F. Kenneyd Blvd.-Suite 1300<br>Philadelphia, PA 19103-2978 | Lee W. Stremba<br>Clement H. Berne<br>Troutman Sanders, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| George G. Campion<br>Weiner Lesniak LLP<br>629 Parsippany Road<br>Parsippany, NJ 07054-0438 | Christopher Page Simon<br>Cross & Simon, LLC<br>913 North Market STreet-11th Floor<br>Wilmington, DE 19801 |
| Benjamin C. Wetzel, III<br>Wetzel & Associates, P.A.<br>The Carriage House<br>1100 North Grant Avenue-Suite 201<br>Wilmington, DE 19805 | Garvan F. McDaniel<br>Bifferato Gentilotti Biden & Balick<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899 |

/s/ James F. Harker
James F. Harker, Esq. (DE Bar ID 255)