IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>　　　　　　　　　　Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　　　　　Third-Party Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　　　　Fourth-Party Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY,<br><br>　　　　　　　　　　Fourth-Party Defendants. | |

## NOTICE OF SERVICE

I, James F. Harker, Esquire, hereby certify that on this 22nd day of March, 2007, I caused a true and correct copy of Fourth-Party Defendant General Star Indemnity Company's Second Set of Interrogatories and Requests for Production of Documents to Fourth-Party Plaintiff Indemnity Insurance Company of North America to be served upon the below-listed counsel of record via first class mail:

Thomas G. Whalen, Jr., Esquire
Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Christopher Page Simon, Esquire
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801

Francis J. Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Thomas O. Farrish, Esquire
Day Pitney LLC
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Gerald J. Valentini, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana Alfronso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Garvan F. McDaniel, Esquire
Bifferato, Gentilotti & Biden
The Buckner Building
1308 Delaware Avenue
Wilmington, DE 19801

Benjamin C. Wetzel III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Marc Stephen Casarino, Esquire
White & Williams, LLP
824 Market Street, Suite 902
Wilmington, DE 19801

| | |
|---|---|
| Leonard P. Goldberg, Esquire<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA  19103 | George C. Campion, Esquire<br>Weiner Lesniak, LLP<br>629 Parsippany Road<br>Parsippany, NJ  07054 |

Of Counsel:

DAY, BERRY & HOWARD, LLP
Thomas O. Farrish, Esquire
CityPlace I
185 Asylum Street
Hartford, CT  06103-3499
(860) 274-0100

COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC

/S/  James F. Harker
James F. Harker, Esq. (I.D. No. 255)
1007 North Orange Street, Suite 1130
Wilmington, Delaware 19801
Phone: (302)425-5089
*Attorneys for General Star Indemnity Company*

Dated: March 22, 2007

25037-001/21