# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Fourth-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY,<br><br>Fourth-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 23 2007, I electronically filed a Notice of Service for Requests for Admissions Directed to Indemnity Insurance Company of North America with the Clerk of the Court using CM/ECF, and by first class mail or by hand, as noted below, to the following:

Thomas G. Whalen, Jr., Esquire (BY HAND)
Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Christopher Page Simon, Esquire (BY HAND)
Cross & Simon, LLC
913 Market Square, Suite 1001
Wilmington, DE 19801

Francis J. Deasey, Esquire
Gerald J. Valentini, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana Alfronso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Garvan F. McDaniel, Esquire (BY HAND)
Bifferato, Gentilotti & Biden
The Buckner Building
1308 Delaware Avenue
Wilmington, DE 19801

Benjamin C. Wetzel III, Esquire (BY HAND)
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Marc Stephen Casarino, Esquire (BY HAND)
White & Williams, LLP
824 Market Street, Suite 902
Wilmington, DE 19801

Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054

| | |
|---|---|
| Of Counsel: | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC |
| DAY, BERRY & HOWARD, LLP<br>Thomas O. Farrish, Esquire<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT  06103-3499<br>(860) 274-0100 | /S/  James F. Harker<br>James F. Harker, Esq. (I.D. No. 255)<br>1007 North Orange Street, Suite 1130<br>Wilmington, Delaware 19801<br>Phone: (302)425-5089<br>*Attorneys for General Star Indemnity Company* |

Dated: March 23, 2007

25037-001/23