## CERTIFICATE OF SERVICE

I, Christopher P. Simon, Esquire do hereby certify that on this 29th day of March, 2007, I caused copies of the **Joint Briefing Schedule** to be served upon the parties listed below in the manner indicated:

**Via First Class U.S. Mail**
Thomas Farrish
Day Pitney LLP
CityPlace 1
Hartford, CT 06103-3499

Ward A. Rivers
Deasey Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

George G. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

Benjamin C. Wetzel, III
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Garvan F. McDaniel, Esq.
Bifferato Gentilotti, LLC
800 King Street
Wilmington, DE 19801

   /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)