**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>　　　　　　Defendant | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　Third-Party Plaintiff<br><br>　　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA<br><br>　　　　　　Third-Party Defendants | |

-2-

| | |
|---|---|
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>　　　　　Third-Party Defendant and<br>　　　　　Fourth-Party Plaintiff<br><br>　　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and GENERAL STAR INDEMNITY COMPANY, | |

## NOTICE OF ORAL DEPOSITION

TO:　George G. Campion, Esquire
　　　Weiner Lesniak, LLP
　　　629 Parsippany Road
　　　P.O. Box 438
　　　Parsippany, NJ  07054

　　　PLEASE TAKE NOTICE that, Defendant, ACE Indemnity Insurance Company, pursuant to Federal Rules of Civil Procedure, will take the deposition upon oral examination of Donna DiTuri at 10:00 a.m. on Wednesday, April 11, 2007 and continuing daily until completed at a location to be determined, before a notary or other officer of the Court.

　　　　　　　　　　　　　　　　　　　　　　　WETZEL & ASSOCIATES, P.A.

　　　　　　　　　　　　　　　　　　　　　　　/s/Benjamin C. Wetzel, III
Of Counsel:　　　　　　　　　　　　　　　　BENJAMIN C. WETZEL, III (ID No. 985)
Ward A. Rivers, Esquire　　　　　　　　　　 1100 North Grant Avenue, Suite 201
Deasey, Mahoney & Bender, Ltd　　　　　　Wilmington, DE  19805
1800 John F. Kennedy Blvd., Suite 1300　　(302) 652-1200
Philadelphia, PA  19103-2978　　　　　　　*Attorney for Ace Indemnity Insurance*
　　　　　　　　　　　　　　　　　　　　　　　*Company f/k/a Indemnity Insurance*
Date:  March 30, 2007　　　　　　　　　　 *Company of North America*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2007, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

James F. Harker, Esquire
Cohen, Seglias, Pallas, Greenhall & Furman, PC
Nemours Bldg. - Ste. 1130
1007 Orange Street
Wilmington, DE 19801

Garvan F. McDaniel, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
PO Box 2165
Wilmington, DE 19899

Christopher Page Simon
Cross & Simon, LLC
913 Market Square, Ste. 1001
Wilmington, DE 19801

and served through the U.S. Mail:

Lee W. Stremba, Esquire
Clement H. Berne, Esquire
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Joshua W. Cohen, Esquire
Thomas O. Farrish, Esquire
John B. Nolan, Esquire
Day Berry & Howard, LLP
One Audubon Street, 6th floor
New Haven, CT 06511

Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

                    WETZEL & ASSOCIATES, P.A.

                    /s/Benjamin C. Wetzel, III
                    BENJAMIN C. WETZEL, III (ID No. 985)
                    1100 North Grant Avenue, Suite 201
                    Wilmington, DE  19805
                    (302) 652-1200
                    *Attorney for Ace Indemnity Insurance*
                    *Company f/k/a Indemnity Insurance*
                    *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  March 30, 2007