# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>　　　　　Third-Party Plaintiff<br><br>　　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>　　　　　Third-Party Defendants | | |

-2-

| | |
|---|---|
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>        Third-Party Defendant and<br>        Fourth-Party Plaintiff<br><br>        v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and GENERAL STAR INDEMNITY COMPANY, | |

## NOTICE OF ORAL DEPOSITION OF CORPORATE DESIGNEE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (B) (6)

TO:    George G. Campion, Esquire
          Weiner Lesniak, LLP
          629 Parsippany Road
          P.O. Box 438
          Parsippany, NJ  07054

      PLEASE TAKE NOTICE that, Defendant, ACE Indemnity Insurance Company, pursuant to Federal Rules of Civil Procedure 30(b)(6), will take the deposition upon oral examination of the corporate designee of National Union Fire Insurance Company of Pittsburgh, PA at 10:00 a.m. on Wednesday, April 11, 2007 and continuing daily until completed at a location to be determined before a notary or other officer of the Court.

      Pursuant to Federal Rule of Civil Procedure 30(b)(6), National Union Fire Insurance Company of Pittsburgh, PA must designate one or more of its officers, directors or managing agents or there persons who consent to testify on its behalf and is the person most knowledgeable concerning the subject matters set forth in Section "A" of this Notice.

-3-

A. <u>**AREAS OF INQUIRY**</u>

1. Person most knowledgeable regarding contract with and retention fo Hamlin & Burton Liability Management, Inc. to serve as claims administrator.

2. Person most knowledgeable regarding claims administration and oversight of administrator Hamlin & Burton Liability Management, Inc.

                                                WETZEL & ASSOCIATES, P.A.

                                                /s/Benjamin C. Wetzel, III
BENJAMIN C. WETZEL, III (ID No. 985)
1100 North Grant Avenue, Suite 201
Wilmington, DE  19805
(302) 652-1200
*Attorney for Ace Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, LTD
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:   April 2, 2007

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2007, I electronically filed the within Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    James F. Harker, Esquire
    Cohen, Seglias, Pallas, Greenhall & Furman, PC
    Nemours Bldg. - Ste. 1130
    1007 Orange Street
    Wilmington, DE 19801

    Garvan F. McDaniel, Esquire
    Bifferato, Gentilotti, Biden & Balick
    1308 Delaware Avenue
    PO Box 2165
    Wilmington, DE 19899

    Christopher Page Simon
    Cross & Simon, LLC
    913 Market Square, Ste. 1001
    Wilmington, DE 19801

    and served through the U.S. Mail:

    Lee W. Stremba, Esquire
    Clement H. Berne, Esquire
    Troutman Sanders, LLP
    The Chrysler Building
    405 Lexington Avenue
    New York, NY  10174

    Joshua W. Cohen, Esquire
    Thomas O. Farrish, Esquire
    John B. Nolan, Esquire

-5-

Day Berry & Howard, LLP
One Audubon Street, 6th floor
New Haven, CT  06511

Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103

                WETZEL & ASSOCIATES, P.A.

                /s/Benjamin C. Wetzel, III
                BENJAMIN C. WETZEL, III (ID No. 985)
                1100 North Grant Avenue, Suite 201
                Wilmington, DE  19805
                (302) 652-1200
                *Attorney for Ace Indemnity Insurance*
                *Company f/k/a Indemnity Insurance*
                *Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  April 2, 2007