## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>                       Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                       Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>                       Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                       Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                       Fourth-Party Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY,<br><br>                       Fourth-Party Defendants. | |

41770154.1

## NOTICE OF DEPOSITION

To:   Francis J. Deasey, Esq.                     Benjamin C. Wetzel, III, Esq.
       Ward A. Rivers, Esq.                        1100 N. Grant Ave., Suite 201
       Deasey, Mahoney & Bender, Ltd.              Wilmington, DE   19805
       Suite 1300
       1800 John F. Kennedy Blvd.
       Philadelphia, PA   19103-2978

   PLEASE TAKE NOTICE that General Star Indemnity Company ("GenStar") will take the deposition of Mr. Dennis Hecht pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, at 10:00 a.m., on Tuesday, April 17, 2007, at the offices of Cohen Seglias Pallas Greenhall & Furman, PC., United Plaza, 30 South 17th St., 19th Floor, Philadelphia, Pennsylvania, 19103, before a notary or other competent authority authorized to administer oaths. The examination will continue from day to day until completed. The testimony shall be recorded by stenographic means.

                              COHEN SEGLIAS PALLAS GREENHALL &
                              FURMAN, PC


                              /S/ James F. Harker
                              James F. Harker, Esquire, Bar I.D. No. 255
                              Nemours Building, Suite 1130
                              1007 North Orange Street
                              Wilmington, DE 19801
                              (302) 425-5089

                                          and

                              DAY PITNEY LLP
                              Daniel L. FitzMaurice, Esquire
                              Thomas O. Farrish, Esquire
                              CityPlace I
                              185 Asylum Street
                              Hartford, CT  06103-3499
                              (860) 275-0100

                              *Attorneys for Third-Party Defendant/*
                              *Fourth Party Defendant,*
                              *General Star Indemnity Company*