IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*<br><br>      Debtors. | Case No. 00-389 (MFW)<br>Jointly Administered |
| IHS LIQUIDATING LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Defendant. | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Fourth-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY,<br><br>      Fourth-Party Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed a Notice of Deposition of ACE Indemnity Insurance Company to take place on April 18, 2007, with the Clerk of the Court using CM/ECF and by First Class Mail to the following:

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 North King Street
Plaza Level
Wilmington, DE 19801

Christopher Page Simon, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Abraham Backenroth, Esquire
Backenroth, Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017

Francis J. Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Benjamin C. Wetzel III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, DE 19805

Frederick Brian Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054

Lee W. Stremba, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

| | |
|---|---|
| Of Counsel: | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC |
| DAY PITNEY, LLP<br>Thomas O. Farrish, Esquire<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT  06103-3499<br>(860) 274-0100 | /S/  James F. Harker<br>James F. Harker, Esq. (I.D. No. 255)<br>1007 North Orange Street, Suite 1130<br>Wilmington, Delaware 19801<br>Phone: (302)425-5089<br>*Attorneys for General Star Indemnity Company* |

Dated: April 6, 2007

25037-001/36