**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: <br><br> INTEGRATED HEALTH SERVICES, INC., *et al.*, <br><br> Debtors. | | Chapter 11 <br><br> Case No. 00-389 (MFW) <br><br> (Jointly Administered) |
| IHS LIQUIDATING LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACE INDEMNITY INSURANCE COMPANY <br> f/k/a INDEMNITY INSURANCE COMPANY <br> OF NORTH AMERICA, <br><br> Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC, <br><br> Third-Party Plaintiff <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH, PA, <br> GENERAL STAR INDEMNITY COMPANY, <br> and ACE INDEMNITY INSURANCE COMPANY <br> f/k/a INDEMNITY INSURANCE COMPANY OF <br> NORTH AMERICA <br><br> Third-Party Defendants | | |

-2-

| | | |
|---|---|---|
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>           Third-Party Defendant and<br>           Fourth-Party Plaintiff<br><br>           v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and GENERAL STAR INDEMNITY COMPANY, | | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 23rd day of April 2007, two true and correct copies of Third-Party Defendant Ace Indemnity Insurance Company of North America's Answers to Third-Party Defendant/Fourth-Party Defendant, General Star Indemnity Company's Request for Admissions were served upon the following counsel via First Class Mail:

    Garven F. McDaniel, Esquire
    Bifferato Gentilotti & Balick
    P.O. Box 2165
    Wilmington, DE 19899

    James F. Harker, Esquire
    Cohen, Seglias, Pallas, Greenhill & Furman, P.C.
    Nemours Building, Suite 1130
    1007 Orange Street
    Wilmington, DE 19801

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

Lee W. Stemba, Esquire
Clement H. Berne, Esquire
Troutman Sanders, LLP
The Chrsyler Building
405 Lexington Avenue
New York, NY 10174

Joshua W. Cohen, Esquire
Thomas O. Farrish, Esquire
John B. Nolan, Esquire
Day Berry & Howard, LLP
One Audubon Street, 6th Floor
New Haven, CT 06511

Leonard P. Goldberg, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

        WETZEL & ASSOCIATES, P.A.

        /s/ Benjamin C. Wetzel, III
        Benjamin C. Wetzel, III
        ID No. 985
        The Carriage House, Suite 201
        1100 North Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        bwetzel@wetzellaw.com
        *Attorney for Defendant ACE Indemnity*
        *Insurance Company f/k/a Indemnity*
        *Insurance Company of North America*

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

Date:  April 23, 2007