UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTEGRATED HEALTH SERVICES, INC., *et al,* | Case No. 00-389 (MFW) |
| Debtors. | (Jointly Administered) |
| IHS LIQUIDATING, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 05-376 (GMS) |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |
| IHS LIQUIDATING, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | |
| Third-Party Defendants. | |

**NOTICE OF SERVICE**

I, Richard H. Cross, Jr., Esquire hereby certify that on April 24, 2007, I caused a copy of the Third-Party Defendant/Fourth-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA Responses to Request for Admissions from Third-Party Defendant/Fourth-Party Defendant General Star Indemnity Company to be served upon the following list as indicated.

**Via Facsimile (860) 275-0343**
Thomas O. Farrish, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Dated: April 24, 2007
      Wilmington, Delaware         CROSS & SIMON, LLC

By: /s/ Richard H. Cross, Jr.
    Christopher P. Simon (No. 3697)
    Richard H. Cross, Jr. (No. 3576)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    Telephone: (302) 777-4200
    Facsimile: (302) 777-4224

-and-

Gwynne A. Young, Esq.
Carlton Fields, LLP
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Tampa, Fl 33607-5736
Telephone: (813) 229-4333
Facsimile: (813) 229-4133

-and-

George C. Campion, Esquire
WEINER LESNIAK, LLP
629 Parsippany Road
Parsippany, New Jersey 07054-0438
Telephone: (973) 403-1100
Facsimile: (973) 403-0010

*Counsel for National Union Fire Insurance Company of Pittsburgh, PA*