## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | **Chapter 11** |
| INTEGRATED HEALTH SERVICES, INC., *et al,* | **Case No. 00-389 (MFW)** |
| Debtors. | **Jointly Administered** |
| IHS LIQUIDATING LLC, | |
| Plaintiff, | |
| v. | **C.A. No. 05-376 (GMS)** |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |
| IHS LIQUIDATING LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
| Third-Party Defendants. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
| Fourth-Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GENERAL STAR INDEMNITY COMPANY, | |
| Fourth-Party Defendants. | |

## NOTICE OF SERVICE

I, Christopher P. Simon, Esquire hereby certify that on May 15, 2007, I caused a copy of the **Fourth-Party Defendant National Union Fire Insurance Company Of Pittsburgh, Pa's Responses And Objections To Third-Party Defendant Ace Indemnity Insurance Company F/K/A Indemnity Insurance Company Of North America's Request For Production Of Documents** to be served upon the following list as indicated.

**Via First Class U.S. Mail**
Thomas Farrish
Day Pitney  LLP
CityPlace 1
Hartford, CT 06103-3499

Ward A. Rivers
Deasey Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174

George G. Campion, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

Benjamin C. Wetzel, III
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

**Via Hand Delivery**
James F. Harker, Esq.
Cohen Seglias Pallas Greenhall & Furman
Nemours Building
1007 North Orange Street, Suite 1130
Wilmington, DE 19801

Garvan F. McDaniel, Esq.
Bifferato Gentilotti, LLC
800 King Street
Wilmington, DE 19801

Dated: May 15, 2007
      Wilmington, Delaware

CROSS & SIMON, LLC

By:  /s/ Christopher P. Simon
    Christopher P. Simon (No. 3697)
    Richard H. Cross, Jr. (No. 3576)
    913 North Market Street, 11th Floor
    Wilmington, Delaware 19899-1380
    (302) 777-4200
    (302) 777-4224 (Facsimile)

-and-

Gwynne A. Young, Esq.
Carlton Fields, LLP
Corporate Center Three at International
Plaza
4221 W. Boy Scout Boulevard
Tampa, Fl 33607-5736
(813) 229-4333
(813) 229-4133 (Facsimile)

-and-

George G. Campion, Esquire
WEINER LESNIAK, LLP
629 Parsippany Road
Parsippany, New Jersey 07054-0438
(973) 403-1100
(973) 403-0010 (Facsimile)

***Counsel for National Union Fire
Insurance Company of Pittsburgh, PA***