IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| INTEGRATED HEALTH SERVICES, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 00-389-MFW |
| _____ | : | |
| | : | (Jointly Administered) |
| IHS LIQUIDATING LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-376-GMS |
| | : | |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| IHS LIQUIDATING LLC, | : | |
| | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., | : | |
| | : | |
| Third-Party Defendants. | : | |

## **ORDER**

At Wilmington this **17th** day of **May, 2007**,

IT IS ORDERED that the mediation conference scheduled for Friday, June 1, 2007 at 10:00 a.m. has been rescheduled for **Friday, August 24, 2007 at 10:00 a.m.**

Submissions of the parties shall now be due on or before **Tuesday, August 14, 2007.** All other provisions of the Court's November 13, 2006 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE