**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| Integrated Health Services, Inc., *et al.* | Case No. 00-389 (MFW) |
| | Jointly Administered |
| Debtors. | |
| _____/ | |
| IHS LIQUIDATING LLC, | |
|   Plaintiff, | |
| v. | Civil Action No. 05-376 (GMS) |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |
| _____/ | |
| IHS LIQUIDATING LLC, | Civil Action No. 04-1262 (GMS) |
|   Third Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | |
|   Third-Party Defendants. | |
| _____/ | |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
|   Third-Party Defendant and Fourth-Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and GENERAL STAR INDEMNITY COMPANY, | |
|   Fourth-Party Defendants. | |
| _____/ | |

## NOTICE OF DEPOSITION

TO: Francis J. Deasey, Esq.　　　　　　　Benjamin C. Wetzel, III, Esq.
　　Deasey, Mahoney & Bender, Ltd.　　　1100 North Grant Avenue
　　1800 John F. Kennedy Boulevard　　　Suite 201
　　Suite 1300　　　　　　　　　　　　　Wilmington, DE 19805
　　Philadelphia, PA 19103-2978

PLEASE TAKE NOTICE that third-party defendant/fourth-party defendant, National Union Fire Insurance Co. of Pittsburgh, PA (National Union) will take the deposition of the defendant/third-party defendant/fourth-party plaintiff ACE Indemnity Insurance Company f/k/a Indemnity Insurance Company of North America (IICNA), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure at 10:00 a.m., on Tuesday, June 5, 2007, at the offices of IICNA Westchester Specialty Group, 500 Colonial Center Parkway, Suite 200, Roswell, GA 30076, before a notary or other competent authority authorized to administer oaths. The examination will continue from day to day until completed. The testimony shall be recorded by stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, IICNA shall designate one or more of its officers, directors, or managing agents, or such other persons who consent to testify on its behalf, to testify about the following matters:

1.　IICNA's receipt, investigation, handling, adjustment and disposition of liability claims made against Integrated Health Services, Inc., and against Integrated Health Services of Lester, Inc.;

2.　The investigation and formation of, and bases for, IICNA's claim that the policy of insurance issued by National Union to Integrated Health Services, covering the period from January 1, 1999 to January 1, 2000 is not properly exhausted;

3.　The investigation and formation of, and bases for, IICNA's claim that the policy of insurance issued by National Union to Integrated Health Services, covering the period from January 1, 2000 to January 1, 2002 is not properly exhausted;

4.  The underwriting of the policy of insurance issued by IICNA to Integrated Health Services Inc. for the period from January 1, 1999 to January 1, 2000;

5.  The underwriting of the policy of insurance issued by IICNA to Integrated Health Services Inc. for the period from January 1, 2000 to January 1, 2001;

6.  IICNA's receipt, access to, review, auditing, maintenance, storage, and/or destruction of original files reflecting the handling of liability claims against Integrated Health Services, Inc., and against Integrated Health Services of Lester, Inc.

Dated: May 31, 2007
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
    Christopher P. Simon (No. 3697)
    913 North Market Street, 11th Floor
    Wilmington, DE 19899-1380
    (302) 777-4200
    (302) 777-4224 (facsimile)

-and-

Gwynne A. Young, Esq.
Carlton Fields, LLP
4221 W. Boy Scout Boulevard
Tampa, FL 33607-5736
(813) 229-4333
(813) 229-4133 (facsimile)

-and-

George G. Campion, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438
(973) 403-1100
(973) 403-0010 (facsimile)

Counsel for National Union Fire Insurance
Company of Pittsburgh, PA