**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

| | |
|---|---|
| Integrated Health Services, Inc., *et al.* | Case No. 00-389 (MFW) |
| Debtors. | Jointly Administered |

_____/

| | |
|---|---|
| IHS LIQUIDATING LLC, | |
|     Plaintiff, | |
| v. | Civil Action No. 05-376 (GMS) |
| ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | |
|     Defendant. | |

_____/

| | |
|---|---|
| IHS LIQUIDATING LLC, | Civil Action No. 04-1262 (GMS) |
|     Third Party Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | |
|     Third-Party Defendants. | |

_____/

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

    Third-Party Defendant and
    Fourth-Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
GENERAL STAR INDEMNITY COMPANY,

    Fourth-Party Defendants.

_____/

TPA#2368685.1

## NOTICE OF DEPOSITION

TO: Francis J. Deasey, Esq.  Benjamin C. Wetzel, III, Esq.
Deasey, Mahoney & Bender, Ltd.  1100 North Grant Avenue
1800 John F. Kennedy Boulevard  Suite 201
Suite 1300  Wilmington, DE 19805
Philadelphia, PA 19103-2978

PLEASE TAKE NOTICE that third-party defendant/fourth-party defendant, National Union Fire Insurance Co. of Pittsburgh, PA (National Union) will take the deposition of Dennis Hecht, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure at 10:00 a.m., on Tuesday, June 5, 2007, at the offices of IICNA Westchester Specialty Group, 500 Colonial Center Parkway, Suite 200, Roswell, GA 30076, before a notary or other competent authority authorized to administer oaths. The examination will continue from day to day until completed. The testimony shall be recorded by stenographic means.

Dated: May 31, 2007　　　　　　　　　　CROSS & SIMON, LLC
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　By:  /s/ Christopher P. Simon
　　　　　　　　　　　　　　　　　　　　　　Christopher P. Simon (No. 3697)
　　　　　　　　　　　　　　　　　　　　　　913 North Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1380
　　　　　　　　　　　　　　　　　　　　　　(302) 777-4200
　　　　　　　　　　　　　　　　　　　　　　(302) 777-4224 (facsimile)

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Gwynne A. Young, Esq.
　　　　　　　　　　　　　　　　　　　　Carlton Fields, LLP
　　　　　　　　　　　　　　　　　　　　4221 W. Boy Scout Boulevard
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33607-5736
　　　　　　　　　　　　　　　　　　　　(813) 229-4333
　　　　　　　　　　　　　　　　　　　　(813) 229-4133 (facsimile)

　　　　　　　　　　　　　　　　　　　　-and-

George G. Campion, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438
(973) 403-1100
(973) 403-0010 (facsimile)

Counsel for National Union Fire Insurance
Company of Pittsburgh, PA