## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, Esq. do hereby certify that on this 31st day of May, 2007, I caused a copy of the Notice of Deposition of Dennis Hecht to be served upon the parties listed below in the manner indicated:

**Via First Class U.S. Mail**
Thomas Farrish
Day Pitney LLP
CityPlace 1
Hartford, CT 06103-3499
Fax (860) 275-0343

Ward A. Rivers, Esq.
Deasey Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978
Fax (215) 587-9456

Lee W. Stremba, Esq.
Clement H. Berne, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174
Fax (212) 704-6288

Benjamin C. Wetzel, III, Esq.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805
Fax (302) 652-1900

**Via Hand Delivery**
James F. Harker, Esq.
Herlihy Harker & Kavanaugh
1400 North Market Street, Suite 200
Wilmington, DE 19899

Garvan F. McDaniel, Esq.
Bifferato Gentilotti, LLC
800 King Street
Wilmington, DE 19801

      /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)