**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

Integrated Health Services, Inc., et al.,                    Case No. 00-389 (MFW)
                                                             Jointly Administered


      Debtors.
_____/

IHS LIQUIDATING LLC,
      Plaintiff,
v.                                                           Civil Action No. 05-376
                                                             (GMS)

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,


      Defendant.
_____/

IHS LIQUIDATING LLC,                                         Civil Action No. 04-1262 (GMS)

      Third Party Plaintiff,
v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, GENERAL STAR
INDEMNITY COMPANY and ACE INDEMNITY
INSURANCE COMPANY f/k/a INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA

      Third-Party Defendants.
_____/

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

      Third-Party Defendant and
      Fourth-Party Plaintiff,
v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
GENERAL STAR INDEMNITY COMPANY,

      Fourth-Party Defendants.

## STIPULATION FOR ENTRY OF ORDER  EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS AND FOR FILING PROPOSED FINAL PRE-TRIAL ORDER

For the reasons set forth herein, the parties stipulate and agree, and respectfully request the Court  enter an order extending the deadline for filing case dispositive motions to July 23, 2007. The parties further stipulate and agree, and respectfully request entry of an order extending the deadline for filing the proposed final pre-trial order to August 31, 2007. The grounds for this stipulation and request for relief are as follows:

1.    The parties have participated in productive settlement discussions of all issues as between IICNA and National Union related to the 1999 Policy Year. The parties have also agreed to a resolution of all but one issue related to the 2000 Policy Year. The parties are in the process of documenting the proposed agreement but will be unable to get the agreement completed and all necessary approvals before the current dispositive motion deadline. A stipulation for dismissal could then be filed eliminating those issues from the case.

2.    The remaining 2000 issue relates to coverage for 2000 IHS of Lester claims. Defendant Third-Party Plaintiff IICNA has advised that based on information obtained through discovery, it will be filing a motion for leave to amend its fourth-party cross-claim against National Union on or before Friday, June 22, 2007 in order to more clearly state its current claim regarding the coverage for the IHS of Lester during the 2000 Policy Year.  National Union believes that it has valid grounds to oppose this amendment. The parties believe that the Court must determine whether IICNA may amend its cross claim before dispositive motions can be filed.  The parties need to know what issues are in the case in order to direct dispositive motions at those issues.

2

3.      The case dispositive motion deadline is currently set to expire on June 25, 2007. In order to accomplish the matters discussed in paragraphs 1 and 2 above, the parties agree that the case dispositive motion deadline should be extended thirty (30) days until July 23, 2007.

4.      The deadline to file the pretrial order is August 20, 2007. The mediation in this case was rescheduled from June 1, 2007 to August 24, 2007 by Magistrate Judge Thynge. The parties agree that it would be appropriate for the court to extend the deadline for filing the proposed final pre-trial order until August 31, 2007, one week after the scheduled mediation.

5.      The foregoing requests will not affect the pre-trial conference scheduled for September 11, 2007 or the trial schedule for October 1, 2007.

[signature page follows]

*For Plaintiff/Third-Party Plaintiff IHS
Liquidating LLC*

*For Defendant/Third-Party Defendant/Fourth-
Party Plaintiff Indemnity Insurance Company
of North America*

   /s/ Garvan F. McDaniel                              .
Garvan F. McDaniel, Esq. (I.D. No. 4167)
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

   /s/ Benjamin C. Wetzel, III                          .
Benjamin C. Wetzel III, Esq. (I.D. No. 985)
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

*For Third-Party Defendant/Fourth-Party
Defendant National Union Fire Insurance
Company of Pittsburgh, PA*

   /s/ Christopher P. Simon                          .
Christopher Page Simon, Esq. (I.D. No. 3697)
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

**SO ORDERED** this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware