MAY.29.1999   3:07AM                                              NO.123   P.1

# Fax Memo



LOCKTON

__FAX TO: 617-457-6867__

DATE:       May 28, 1999

TO:         Dick Evans
            AIG

FROM:       Jennie Wu
            Lockton Companies

RE:         Integrated Health Services, Inc.
            Umbrella Policies
            Policy Period: 01/01/99-00

718 397-8988

We have reviewed the current policies and have noted the following:

Policy #: BE3574343

- Schedule of underlying policies (see attached). Please correct
- Lester Umbrella policy should not be excluded
- Follow Form Endorsement indicates claims made version. Primary policy is occurrence. Please correct. Follow form Endorsement also indicates coverage does not apply to Professional Health are Liability. This must be revised.
- Amended Insuring agreement and Retro Date endorsement should be deleted.

Policy #: BE3574344 (Lester)

- Policy limit should be 2,000,000 in lieu of 25,000,000
- Schedule of underlying policies (see attached). Please correct
- Primary umbrella policy should not be excluded
- Follow Form Endorsement indicates claims made version. Primary policy is occurrence. Please correct. Follow form Endorsement also indicates coverage does not apply to Professional Health are Liability. This must be revised.
- Lester has always been an occurrence policy. Reference to Claims made and retro dates should be revised.
- Exclusions to delete: Employers Liability; Automobile Liability

Should you have any questions, please call.

---

**LOCKTON COMPANIES**
Insurance and Risk Management Specialists
7910 34th Avenue, #5G / Jackson Heights, NY 11372
Phone: (718) 397-8988 / Fax: (718) 397-8987

NU-U/W 00923

MAY 28 1999 02:12                                                 PAGE.01
                                      GSMC 000918

MAY.29.1999   3:07AM                                                     NO.123   P.2

## Underlying policies for Policy # BE3574343

**1) Type of Coverage:** General / Professional Liability
Insurer: Reliance National
Policy #: NGB0151564-00
Policy Period: 01/01/99-0
Aggregate Reinstatement applies to limits

Professional Liability
Each Medical Incident per location: 2,000,000
Annual Aggregate: 4,500,000

General Liability
Aggregate per location: 2,500,000
Products and Completed Operations Limit: 2,500,000
Personal Injury and Advertising Injury Limit: 1,000,000
Each Occurrence: 1,000,000
Fire Damage: 100,000

Employee Benefits Limit (Claims Made)
Limit: 1,000,000
Aggregate: 2,500,000

**2) Type of Coverage:** Automobile Liability (Texas)
Insurer: Reliance National
Policy #: NKA0134096-02
Policy Period: 01/01/99-00
Combined Single Limit: 1,000,000

**3) Type of Coverage:** Automobile Liability (All States except Texas)
Insurer: Reliance National
Policy #: NKA013479-02
Policy Period: 01/01/99-00
Combined Single Limit: 1,000,000

**4) Type of Coverage:** Workers Compensation and Employers Liability
Insurer: Travelers
Policy #: UC2J-UB-100D0667-TIL-99
Policy Period: 01/01/99-00
Bodily Injury Limit per accident: 1,000,000
Bodily Injury Limit per disease: 1,000,000
Bodily Injury Limit per disease each employee: 1,000,000

Print Date: 05/28/99

NU-U/W 00924

GSMC 000919

MAY 28 1999 02:12                                                        PAGE.02

MAY.29.1999   3:07AM                                                            NO.123   P.3

BE 3574343 Cont

**5) Type of Coverage:** Workers Compensation and Employers Liability
Insurer: Travelers
Policy #: UDRJ-UB-100D0735-TIL-99
Policy Period: 01/01/99-00
Bodily Injury Limit per accident: 1,000,000
Bodily Injury Limit per disease: 1,000,000
Bodily Injury Limit per disease each employee: 1,000,000

**6) Type of Coverage:** Excess Workers Compensation
Insurer: Travelers
Policy #: UWXJ-UB100DD0759-TIL-99
Policy Period: 01/01/99-00
Limit: 1,000,000

**7) Type of Coverage:** Texas Occupational Accident & Health
Insurer: United National Insurance Company
Policy #: POA0050504
Policy Period: 01/01/99-00
Limit: 1,000,000

**8) Type of Coverage:** Texas Excess Employers Liability
Insurer: United National Insurance Company
Policy #: PEL0003059
Policy Period: 01/01/99-00
Limit: 1,000,000

**9) Type of Coverage:** Umbrella liability for Integrated Health Services of Lester, Inc.)
Insurer: National Union
Policy #: BE3574344
Policy Period: 01/01/99-00
Limit: 2,000,000

MAY.29.1999   3:08AM                                                              NO.123   P.4

# Underlying policies for Policy # BE3574344 (Lester Umbrella)

1) **Type of Coverage:** General / Professional Liability
Insurer: Reliance National
Policy #: NGB0151564-00
Policy Period: 01/01/99-0
Aggregate Reinstatement applies to limits

Professional Liability
Each Medical Incident per location: 2,000,000
Annual Aggregate: 4,500,000

General Liability
Aggregate per location: 2,500,000
Products and Completed Operations Limit: 2,500,000
Personal Injury and Advertising Injury Limit: 1,000,000
Each Occurrence: 1,000,000
Fire Damage: 100,000

Employee Benefits Limit (Claims Made)
Limit: 1,000,000
Aggregate: 2,500,000

2) **Type of Coverage:** Automobile Liability (Texas)
Insurer: Reliance National
Policy #: NKA0134096-02
Policy Period: 01/01/99-00
Combined Single Limit: 1,000,000

3) **Type of Coverage:** Automobile Liability (All States except Texas)
Insurer: Reliance National
Policy #: NKA013479-02
Policy Period: 01/01/99-00
Combined Single Limit: 1,000,000

4) **Type of Coverage:** Workers Compensation and Employers Liability
Insurer: Travelers
Policy #: UC2J-UB-100D0667-TIL-99
Policy Period: 01/01/99-00
Bodily Injury Limit per accident: 1,000,000
Bodily Injury Limit per disease: 1,000,000
Bodily Injury Limit per disease each employee: 1,000,000

Print Date: 05/28/99

NU-U/W 00926

GSMC 000921

MAY 28 1999 02:13                                                                           PAGE.04

MAY.29.1999  3:08AM                                        NO.123   P.5

BE3574344 Cont

**5) Type of Coverage:** Workers Compensation and Employers Liability
Insurer: Travelers
Policy #: UDRJ-UB-100D0735-TIL-99
Policy Period: 01/01/99-00
Bodily Injury Limit per accident: 1,000,000
Bodily Injury Limit per disease: 1,000,000
Bodily Injury Limit per disease each employee: 1,000,000

**6) Type of Coverage:** Excess Workers Compensation
Insurer: Travelers
Policy #: UWXJ-UB100DD0759-TIL-99
Policy Period: 01/01/99-00
Limit: 1,000,000

**7) Type of Coverage:** Texas Occupational Accident & Health
Insurer: United National Insurance Company
Policy #: POA0050504
Policy Period: 01/01/99-00
Limit: 1,000,000

**8) Type of Coverage:** Texas Excess Employers Liability
Insurer: United National Insurance Company
Policy #: PEL0003059
Policy Period: 01/01/99-00
Limit: 1,000,000

Print Date: 05/28/99

NU-U/W 00927

GSMC 000922

MAY 28 1999 02:13                                         PAGE.05