# Fax Memo

**LOCKTON**

**FAX TO: 617-457-6874**

DATE:  December 30, 1999

TO:    Jeff Meserve
       AIG

FROM:  Jennie Wu
       Lockton Companies

RE:    IHS of Lester
       Umbrella Policy #: BE3574344
       Renewal Effective: 01/01/00-01

We are binding the renewal with AIG.

Renewal terms and conditions are as expiring including necessary revisions previously outlined.

Renewal premium will be 19,000.

Please advise policy number asap.

Should you have any questions, please call.

Cc: M. Christian

**LOCKTON COMPANIES**
Insurance and Risk Management Specialists
7910 34th Avenue, #5G / Jackson Heights, NY 11372
Phone: (718) 397-8988 / Fax: (718) 397-8987

NU-U/W 03018

DEC 30 '99 09:32

PAGE.01



**American International Companies**®
BOSTON REGIONAL OFFICE
99 High Street
Boston, MA 02110-2320
TEL. 617/457-2700

January 29, 2000

Jennie Wu
Lockton Companies
7910 34th Avenue #5G
Jackson Heights, NY 11372

Re:   Integrated Health Services of Lester
      Umbrella Policy BE 357-43-44
      Expiration 01/01/2000
      Renewal Binder

Dear Jennie,

Confirming our December 29th conversation, AIG is binding renewal, terms and conditions as expiring (to include corrections addressed in our 12/28 telecon).

*Premium:*        $19,000 flat annual
*Commission:*     10%

Policy #357-4386 Assigned.

Thank you

Jeffrey C. Meserve
Director of National Accounts

NU-U/W 03023

51401 (10/98)