JAN 22 2002 00:19 FR

# American Home Assurance Company
Boston Regional Office
99 High Street
Boston, Ma. 02110

December 14, 1999

Mike Christian
Risk Strategies Company
79 Milk Street, Suite 800
Boston, Ma 02109

Re: Integrated Health Services, Inc.
Umbrella
Renewal of: 357 4343

Dear Mike:

In confirmation, National Union is quoting the following:

Policy Period:          January 1, 2000 to January 1, 2001

Carrier:                National Union Best Rating A++ XL

Limits of Liability:    $25,000,000 each occurrence

                        $25,000,000 general aggregate

                        $25,000,000 products/completed operations aggregate

Required Underlying Retentions:

   General Liability:       1m/5m/5m

   Professional Liability:  2m/12m/12m

   Auto Liability:          2 mil csl

   Employers Liability:     1m/1m/1m

Premium Determination

Option #1

2 Year Annual Installments

   1st year - $965,000

   2nd year - $1,150,000

   Minimum Premium - $2,115,000

NU-U/W 01150

GSMC 001145

JAN 22 2002 00:19 PR

- Page 2

December 15, 1999

### Option #2

2 Year Pre-paid - $1,850,000

Minimum Premium - $1,850,000

Premium Payment due within 30 days

Commission:    Net

Subject to:    Annual Installment policy premium contingent upon:

1) No estimated loss penetration during first year of policy

2) No increase in beds above 20% of current level

3) No change in core operations

4) This policy will be subject to a quarterly claims review conducted by AIG personnel to determine that claims are being handled in accordance with generally accepted claim handling guidelines.

Form, terms and conditions to be adapted from expiring.

If non-admitted paper needed, surplus lines tax will apply.

Allocated loss expense is outside of limit.

Should you have any questions, please do not hesitate to contact me at (617)457-2930.

Sincerely,

Jeffrey C. Meserve
Director National Accounts

NU-U/W 01151

GSMC 001146