

**RISK STRATEGIES COMPANY, LLC**

79 Milk Street, Suite 900
Boston, MA 02109

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **To:** Jeff Meserve | **From:** Michael Christian |
| **Company:** AIG | **Date:** 12/27/99 |
| **Fax Number:** 457-6874 | Total number of pages including cover: |
| **Phone Number:** | Sender's reference number: |
| **RE:** Integrated Health Services | Your reference number: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

Jeff,

Confirming our conversation. Please bind the excess for Integrated Health Services effective 1/1/2000 as follows:

**Policy Period:** January 1, 2000 to January 1, 2002
(Two year pre-paid. Separate aggregates for each year).

**Limits of Liability:** $25,000,000 each occurrence
$25,000,000 general aggregate
$25,000,000 professional liability aggregate

**Underlying Retentions:**

General Liability    $1,000,000/5,000,000/5,000,000
(Excess of SIR)

Professional Liability    $2,000,000/12,000,000/12,000,000
(Excess of SIR)

Phone: (817) 350-6333
Fax:    (617) 350-6444
E-mail: mchristian@risk-strategies.com

NU-U/W 01152

GSMC 001147

JAN 22 2002 00:20 FR



79 Milk Street, Suite 900
Boston, MA 02109

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| Automobile Liability: | $1,000,000 CSL |
| Employers Liability: | $1,000,000/1,000,000/1,000,000<br>Excess of self-insured retention in monopolistic states (NV,OH,WV,WA,WY,SD) and Texas. |
| Premium: | $1,900,000<br>(2 year pre-paid includes $50,000 commission.) |

Jeff, thanks for your help.

Best regards,

*MBC*

M.B. Christian

Cc:   Jennie Wu, Lockton

Phone: (617) 350-6333
Fax:   (617) 350-6444
E-mail: mchristian@risk-strategies.com

NU-U/W 01153

GSMC 001148