# Claim Meeting Agenda
## Integrated Health Services/AIG
### July 2, 2002

**Location:** 70 Pine Street, 8th floor

**Time:** 10:30 AM

**Attendees:**
Jeanne Phillips, IHS
Phil Mancuso, IHS
Ron Lord, IHS
Bill Johnston, IHS — *Bankruptcy Restructuring*
William Babicz, AIG
Donna Dituri, AIG
Charles Lamberta, AIG
Stephen Ruocco, AIG
Michael Lavalva, AIG
Robert Romeo, AIG
Mike Christian, Risk Strategies Company

I. Opening remarks/introductions

II. 1999 Reliance issues
   - Procedures
   - SIR
   - Indemnity formula
   - Gallagher Bassett

*$4M — Gemstar excess*

III. 2001 issues
   - ~~Transfer of EL files from GB~~ — *to who?*
   - Procedures
   - Gallagher Bassett

*— Gemstar excess*

IV. 2000 issues
   - Funding/settlement
   - Procedures

V. Excess carrier questions/reporting/concerns

VI. Open discussion

NU/JERSEY CITY 47083

**ihs**

PHILLIP J. MANCUSO
Senior Corporate Counsel

NU/JERSEY CITY 47084

The Highlands
910 Ridgebrook Road
Sparks, Maryland 21152
(410) 773-1069 • FAX: (410) 773-1029
E-Mail: phillip.mancuso@ihs-inc.com

**ihs**

JEANNE M. PHILLIPS
Senior Vice President, LTC Division
Human Resources

NJ/JERSEY CITY 47085

The Highlands
910 Ridgebrook Road
Sparks, Maryland 21152
(410) 773-5148 • FAX: (410) 773-5162
E-Mail: jphillips@ihs-inc.com • Pager: (888) 694-1217

**RISK STRATEGIES COMPANY**

NU/JERSEY CITY 47086

Michael B. Christian, CPCU, CLU, ARM
President

One Speen Street • Suite 160 • Framingham, MA 01701
Telephone: (508) 620-4460 • Fax: (508) 620-7792
Direct: (508) 275-8085 • Cell: (617) 512-0399
mchristian@risk-strategies.com

NJ/JERSEY CITY 47087

WILLIAM A. JOHNSEN

at his 410-773-1048

ALVAREZ & MARSAL, INC.
599 LEXINGTON AVENUE – SUITE 2700
NEW YORK, NEW YORK 10022

(212) 759-4433
FAX: (212) 759-5532
bjohnsen@alvarezandmarsal.com

IHS Meeting 7/2/02

1999 —

— $9M

TX, MD, FL Guarentee funds denied due to fronting policy.

IHS.
— Dispute w/ ~~Filing~~ Liquidation + Reliance
— Not allowing use of collateral desig to WC but bund accepted WC cases
— Suit going to be filed next week
  Declaratory Judgement (8)/2 M Sargus Collateral should be used first come first serve basis for all IHS lines.

— incurred loss $1.5M prior to Reliance liquidation

— ADR process consider ~~AT&TS in favor~~

— 1999 Abeyance due to Reliance in FL • lifts today

— Reorg Compensatory Recoveries only — Punitive excluded Class.

— 400 claims in 99 yr.

NU/JERSEY CITY 47088

— Reliance policy has duty to defend + defense costs w/in limits.

- 450K = 5¢ per 9M

- Get Bankruptcy counsel together to pursue collateral + Funds.
  - Lee Stromba
  - Mike Hines

- 2001 no excess behind AIG
  $55 M expected
  Mike C - will contact U/W

- 2000
  - get Hamlin & Burton CV info for
    Phil

NU/JERSEY CITY 47089

# Draft Claim Meeting Agenda
## Integrated Health Services/AIG
### July 2, 2002

**Location:** 70 Pine Street, 8th floor

**Time:** 10:30 AM

**Attendees:** Jeanne Phillips, IHS
Phil Mancuso, IHS
Ron Lord, IHS
William Babicz, AIG
Charles Lamberta, AIG
Stephen Ruocco, AIG
Michael Lavalva, AIG
Robert Romeo, AIG
Mike Christian, Risk Strategies Company

I. Opening remarks/introductions

II. 1999 Reliance issues
- Procedures
- SIR
- Indemnity formula
- Gallagher Bassett

III. 2000 issues
- Transfer of FL files from GB
- Procedures
- Gallagher Bassett

IV. 2001 issues

V. Excess carrier questions/reporting/concerns

VI. Open discussion

NU/JERSEY CITY 47090