| Integrated Health Systems | 7/12/02 KJR TG |

— '99-00 – AIG wrote over Reliance
— renewed again to 2002 (same as expiring

— Broker wants to fix.
   1) Defense in
   2) Occurrence   (primary is as well)

— Bill Babbitz — (Health care claims)
  * OK to do the above
  *

— Need to issue endorsements



NU-U/W 01210

GSMC 001205