**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., | ) | Case No. 00-389 (MFW) |
| *et al.*, | ) | Jointly Administered |
|     Debtors. | ) | |
| _____ | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-376 (GMS) |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| IHS LIQUIDATING LLC, | ) | Civil Action No. 04-1262 (GMS) |
| | ) | |
|     Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
| GENERAL STAR INDEMNITY COMPANY | ) | |
| and ACE INDEMNITY INSURANCE | ) | |
| COMPANY f/k/a INDEMNITY INSURANCE | ) | |
| COMPANY OF NORTH AMERICA | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |
| _____ | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Fourth-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, and | ) | |
| GENERAL STAR INDEMNITY COMPANY, | ) | |
| | ) | |
|     Fourth-Party Defendants. | ) | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
OF CROSS-CLAIM DEFENDANT NATIONAL UNION
<u>FIRE INSURANCE COMPANY OF PITTSBURGH, PA</u>**

AND NOW, this _____ day of _____, after considering the motion of National Union Fire Insurance Company of Pittsburgh, PA for summary judgment pursuant to Fed. R. Civ. P. 56 (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware