## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the Motion for Summary Judgment of Cross-Claim Defendant National Union Fire Insurance Company of Pittsburgh, PA and Opening in Brief in Support with Appendix was served via Hand Delivery and by U.S. Mail on the 25th day of June, 2007, to the following:

*For Plaintiff/Third-Party Plaintiff IHS Liquidating LLC*

**Via Hand Delivery**
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

*For Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

**Via Hand Delivery**
Benjamin C. Wetzel III, Esq.
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

*Counsel for Defendant/Third-Party Defendants/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

**Via First Class Mail**
Ward A. Rivers
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

    /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)