# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., | ) | Case No. 00-389 (MFW) |
| *et al.*, | ) | Jointly Administered |
|     Debtors. | ) | |
| _____ | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-376 (GMS) |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| IHS LIQUIDATING LLC, | ) | Civil Action No. 04-1262 (GMS) |
| | ) | |
|     Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
| GENERAL STAR INDEMNITY COMPANY | ) | |
| and ACE INDEMNITY INSURANCE | ) | |
| COMPANY f/k/a INDEMNITY INSURANCE | ) | |
| COMPANY OF NORTH AMERICA | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |
| _____ | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Fourth-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, and | ) | |
| GENERAL STAR INDEMNITY COMPANY, | ) | |
| | ) | |
|     Fourth-Party Defendants. | ) | |

**APPENDIX TO CROSS-CLAIM DEFENDANT NATIONAL UNION'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR FINAL SUMMARY JUDGMENT ON IICNA'S CROSS-CLAIM COMPLAINT**

        Christopher Page Simon (No. 3697)
        CROSS & SIMON, LLC
        913 N. Market Street, 11th Floor
        P.O. Box 1380
        Wilmington, Delaware 19801
        Telephone:   (302) 777-4200
        Facsimile:   (302) 777-4224

        -and-

        George C. Campion, Esquire
        WEINER LESNIAK, LLP
        629 Parsippany Road
        Parsippany, NJ 07054-0438
        Telephone:   (973) 403-1100
        Facsimile:   (973) 403-0010

        -and-

        Gwynne A. Young
        Florida Bar No. 185582
        Frederick T. Hawkes
        Florida Bar No. 307629
        CARLTON FIELDS, PA
        P.O. Drawer 190
        Tallahassee, FL 32302
        Phone:   (850) 224-1585
        Facsimile:   (850) 222-0398

        Counsel for Cross-Claim Defendant
        National Union Fire Insurance Co. of
        Pittsburgh, PA

Dated: June 25, 2007
       Wilmington, DE

## **TABLE OF CONTENTS**

1. Hecht Deposition, Pages 7-8, 48-50, April 17, 2007........................... Exhibit A

2. Affidavit of Vivian Cardamone...........................................................Exhibit B