# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., | ) | Case No. 00-389 (MFW) |
| *et al.*, | ) | Jointly Administered |
|     Debtors. | ) | |
| _____ | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-376 (GMS) |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| IHS LIQUIDATING LLC, | ) | Civil Action No. 04-1262 (GMS) |
| | ) | |
|     Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
| GENERAL STAR INDEMNITY COMPANY | ) | |
| and ACE INDEMNITY INSURANCE | ) | |
| COMPANY f/k/a INDEMNITY INSURANCE | ) | |
| COMPANY OF NORTH AMERICA | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |
| _____ | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Fourth-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, and | ) | |
| GENERAL STAR INDEMNITY COMPANY, | ) | |
| | ) | |
|     Fourth-Party Defendants. | ) | |

**NOTICE OF FILING OF DISCOVERY MATERIALS
PURSUANT TO D. DEL. LR 5.4 (c) BY CROSS-CLAIM DEFENDANT
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through undersigned counsel, and pursuant to D. Del. LR 5.4(c), hereby gives notice of the filing of certain discovery materials necessary to its motion for summary judgment and brief in support thereof, filed contemporaneously herewith on June 25, 2007. Copies of discovery materials are contained in the appendix to the brief in support of the motion for summary judgment, filed contemporaneously therewith.

Dated: June 25, 2007
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
Christopher Page Simon (No. 3697)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224

-and-

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438
Telephone: (973) 403-1100
Facsimile: (973) 403-0010

-and-

Gwynne A. Young
Florida Bar No. 185582
Frederick T. Hawkes
Florida Bar No. 307629
Carlton Fields, PA
P.O. Drawer 190
Tallahassee, FL  32302
Phone:        (850) 224-1585
Facsimile:    (850) 222-0398


Counsel for Cross-Claim Defendant
National Union Fire Insurance Co. of
Pittsburgh, PA