## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

Integrated Health Services, Inc., et al.,                    Case No. 00-389 (MFW)
                                                             Jointly Administered

      Debtors.
_____/

IHS LIQUIDATING LLC,

      Plaintiff,

v.                                                           Civil Action No. 05-376 (GMS)

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

      Defendant.
_____/

IHS LIQUIDATING LLC,                                         Civil Action No. 04-1262 (GMS)

      Third Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, GENERAL STAR
INDEMNITY COMPANY and ACE INDEMNITY
INSURANCE COMPANY f/k/a INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA

      Third-Party Defendants.
_____/

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

      Third-Party Defendant and
      Fourth-Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
GENERAL STAR INDEMNITY COMPANY,

_____Fourth-Party Defendants._____/

*Cover page cont. on next page.*

---

**APPENDIX TO CROSS-CLAIM DEFENDANT NATIONAL UNION'S
BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CROSS-CLAIM PLAINTIFF INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA**

---

Dated: July 10, 2007          Christopher Page Simon (No. 3697)
                              Amy Evans (No. 3829)
                              CROSS & SIMON, LLC
                              913 N. Market Street, 11th Floor
                              Wilmington, Delaware  19801
                              Telephone:     (302) 777-4200
                              Facsimile:     (302) 777-4224

                              George G. Campion
                              Weiner Lesniak, LLP
                              629 Parsippany Road
                              Parsippany, NJ  07054-0438
                              Telephone:     (973) 403-1100
                              Facsimile:     (973) 403-0010

                              Gwynne A. Young
                              Florida Bar No. 185582
                              Frederick T. Hawkes
                              Florida Bar No. 307629
                              Carlton Fields, PA
                              P.O. Drawer 190
                              Tallahassee, FL  32302
                              Phone:         (850) 224-1585
                              Facsimile:     (850) 222-0398

                              *Counsel for Cross-Claim Defendant
                              National Union Fire Insurance Co. of
                              Pittsburgh, PA*

# TABLE OF CONTENTS

LOCKTON 0603 .................................................................................................. B1

CHIACCHIO DEPOSITION EXHIBIT NU 7 ..................................................... B3

LOCKTON 0601 .................................................................................................. B6

LOCKTON 0603

**AMERICAN INTERNATIONAL COMPANIES**
Boston Regional Office
99 High Street
Boston, MA 02110
(617) 457-2700
(617) 457-6879 (fax)

February 1, 2000

**Jennie Wu**
**Lockton Companies**
**7910 34th Avenue #5g**
**Jackson Heights, NY 11372**

Re:    **Integrated Health Services Inc.**
Policy number:  **357-43-84**
Effective date: **01/01/00-01/01/02**

Dear Jennie,

Thank you for allowing us the opportunity to work with you on this account. Enclosed please find the original and two copies of the policy.  It has been reviewed for errors, but if you discover an oversight, please call me so I can make the corrections right away.

We appreciate your business and would like to know how satisfied you are with our service.  Please take a minute to complete the attached questionnaire and return it to us by fax.

Your business is important to us and servicing Lockton Companies is our  **# 1 Priority".**
Please feel free to contact me directly at (617) 457-2820.

Sincerely,

Carrie McKenna
Service Specialist
Boston Regional Service Center

Encl.

Chiacchio
Exhibit NU 7

APR-11-2002  09:59    MATTHEW POWER RVP BOSTON    617 457 6670    P.01/12



American International Companies
Executive
99 High St.
Boston MA 02110

Matthew F. Power, Regional Vice President
617-457-2750

*12 Pages*

Memorandum

*Exhibit*
*NO 7*    *(circled)*
*3-27-07*

To:    Todd Germano

From:  Matthew Power

Date:  April 10, 2002

Re:    Intergrated Health Services

Todd, in anticipation of your meeting with Mike Christian tomorrow morning, I wanted to provide some additional correspondence and information for your review. Included in this voluminous fax you will find the following:

- January 17, 2002 Letter from Mike Christian to Matt Power

- April 12, 2000 memo from Jennie Wu at Lockton to Jeff Meserve

- December 28, 1998 and December 15, 1999 Quote letters from AHAC for respective policy years.

- The specific contention by the Broker is that coverage for Excess Professional Liability, as contained in the Umbrella, was on an "occurrence" basis; this appears not to be the case.    *OK*

- In Richard Evans' letter to the Broker, dated 12/28/98, (Tab# 1 attached) it is stated in two places (highlighted) that the underlying was on a "claims-made" basis, with one full reinstatement and that there was provision in the form for "claims-made" Professional. The policy, 3574343, was issued with a follow-form claims-made Prof. Health Care endorsement and retro-date and reporting period endorsements referencing claims-made (Tab# 2 attached).    *? Checking*

- The renewal, policy # 3574384, was quoted by Jeff Meserve on the basis of form, terms and conditions as expiring (Tab# 3 attached) and had a "Subject to" no estimated loss penetration during first year of policy.

NU-U/W 02572

B4

APR-11-2002  10:00        MATTHEW POWER RVP BOSTON         617 457 6870    P.02/12

This policy, too, contained the same endorsements as expiring and, if
one was to interpret the intent to only cover professional liability claims
if a claims-made policy was scheduled as underlying, one could say that
no coverage existed.

- It seems clear what the intention was on behalf of underwriters if the
  documentation of the homogenized forms was confusing.

Note that Jeff Meserve's quote letter includes Defense outside the limit, which was not the
broker's intent. Additionally, the broker contends that the underlying Reliance Policy was
attached to the AHAC follow form, and that subsequent discussions with Meserve indicated that
the bound coverage was follow form and that HPL was, in fact, Occurrence.

**NU-U/W 02573**

B5

LOCKTON 0601

# *Memo*



DATE:       April 3, 2002

TO:         Mike Christian
            Risk Strategies

FROM:       Jennie Wu
            Lockton Companies

RE:         IHS

*MC met w/Todd Germans 4/11/2002*

1999 Reliance policy attached along w/copies of:

- 01/04/99 - Fax to Dick Evans outlining underlying policies for AIG's 1999 Umbrella policies
- 01/07/99 - Fax to Dick Evans with Reliance covernote and copy of expiring Zurich umbrella (copy of Zurich policy not forwarded for your purposes - let me know if you want a copy)
- 05/28/99 - Fax to Dick Evans listing all necessary revisions
- 10/22/99 - Fax to Jeff Meserve copy of 05/28/99 and copy of 1999 Reliance dec page. This was for Jeff to prepare for some meeting

*(renewal time - I worked w/Jeff on Lester)*

- 12/17/99 - Lester renewal specs to Jeff with copy of 05/28/99 fax
- 12/28/99 - Renewal quote from Jeff. Jeff's cover states will make corrections later
- 12/29/99 - Fax to Jeff confirming corrections are for both umbrella policies - not just Lester
- 12/30/99 - Fax to Jeff binding Lester renewal with corrections outlined
- 12/30/99 - Jeff signed our 12/30 fax with note ok bound with corrections

For your reference, also attached is copy of the sample policy Dick sent us 10/29/98. For the 1999 RFP, we were required to get sample policy copies to IHS. Dick's sample policy makes no mention of claims made. No additional sample material was forwarded by AIG.

---

**LOCKTON COMPANIES**
Insurance and Risk Management Specialists
7910 34th Avenue, #5G / Jackson Heights, NY 11372
Phone: (718) 397-8988 / Fax: (718) 397-8987

LOCKTON 0601

B7