**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>                    Debtors. | | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>                    Plaintiff,<br><br>                    v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>                    Third-Party Plaintiff<br><br>                    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>                    Third-Party Defendants | | |

**THIRD-PARTY DEFENDANT AND FOURTH PARTY PLAINTIFF,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S
MOTION TO AMEND PLEADINGS TO CONFORM TO THE EVIDENCE**

COMES NOW Defendant and Third-Party Defendant, Indemnity Insurance Company of North America (hereinafter "IICNA"), by and through its attorneys, moves this Honorable Court for an order approving an amendment to its pleadings pursuant to Federal Rule of Civil Procedure 15(a) and D.Del. LR 15.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, as follows:

1. IICNA is an excess insurance carrier which was made a defendant and third-party defendant in a declaratory judgment action initiated by IHS Liquidating LLC.

2. National Union is an excess insurance carrier which was made a third-arty defendant in a declaratory judgment action initiated by IHS Liquidating LLC.

3. IICNA sought leave to amend its Answer to the Third-Party Complaint to assert cross-claims against the other third-party defendants including National Union.

4. IINCA hereby files this Motion to Amend Pleadings to Conform to the evidence developed through discovery. There are no issues of prejudice to National Union.

5. IICNA relies on and incorporates herein by reference its Opening Brief in Support of its Motion to Amend Pleadings to Conform to the Evidence.

**WHEREFORE**, Plaintiff, Indemnity Insurance Company of North America, respectfully requests entry of an order in the form attached approving an amendment to the Complaint as set forth at Exhibit "A" and any other relief the Court deems appropriate.

        Respectfully submitted,

        WETZEL & ASSOCIATES, P.A.

        <u>/s/ Benjamin C. Wetzel, III</u>
        Benjamin C. Wetzel, III (I.D. No 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street., Suite 3400
Philadelphia, PA  19103-2978


Dated: July 9, 2007

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　　　Debtors. | | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　　Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>　　　　　　　Third-Party Plaintiff<br><br>　　　　　　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>　　　　　　　Third-Party Defendants | | |

## **ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of

Defendant and Third-Party Defendant, Indemnity Insurance Company of North

America's Motion to Amend Pleadings to Conform to the Evidence and its Brief In Support and Second Amended Complaint,

**IT IS HEREBY ORDERED** that Defendant and Third-Party Defendant, Indemnity Insurance Company of North America's Motion to Amend Pleadings to Conform to the Evidence is hereby GRANTED.  Indemnity Insurance Company of North America shall have ten (10) days to file its Answer and Second Amended Complaint.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2007, I electronically filed the within Defendant/Third-Party Defendant Indemnity Insurance Company of North America's Motion to Amend Pleadings to Conform to the Pleadings with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Garven F. McDaniel, Esquire
Bifferato Gentilotti & Balick
P.O. Box 2165
Wilmington, DE 19899

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

and served through the U.S. Mail:

Lee W. Stemba, Esquire
Clement H. Berne, Esquire
Troutman Sanders, LLP
The Chrsyler Building
405 Lexington Avenue
New York, NY 10174

George C. Campion, Esquire
Weiner Lesniak, LLP
629 Parsippany Road
Parsippany, NJ 07054-0438

Gwynne A. Young, Esquire
Carlton Fields, P. A
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard
Tampa, Fl 33607-5736