# E X H I B I T  "G"