**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>                    Debtors. | | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>                    Plaintiff,<br><br>                    v.<br><br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY<br>OF NORTH AMERICA,<br><br>                    Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>                    Third-Party Plaintiff<br><br>                    v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br>GENERAL STAR INDEMNITY COMPANY,<br>and ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA<br><br>                    Third-Party Defendants | | |
| ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA<br><br>                    Third-Party Defendant and<br>                    Fourth-Party Plaintiff<br><br>                    v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA, and<br>GENERAL STAR INDEMNITY COMPANY, | | |

**DEFENDANT, THIRD-PARTY DEFENDANT AND FOURTH-PARTY PLAINTIFF INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S MOTION IN OPPOSITION TO FOURTH-PARTY DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant and Third-Party Defendant, Indemnity Insurance Company of North America (hereinafter "IICNA"), by and through its attorneys, moves this Honorable Court for an order denying the Motion For Summary Judgment filed by National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "National Union") as follows:

1. IICNA is an excess insurance carrier which was made a defendant and third-party defendant in a declaratory judgment action initiated by IHS Liquidating LLC.

2. National Union is an excess insurance carrier which was made a third-arty defendant in a declaratory judgment action initiated by IHS Liquidating LLC.

3. IICNA relies upon and incorporates herein its Brief In Opposition to National Union's Motion For Summary Judgment.

**WHEREFORE**, Plaintiff, Indemnity Insurance Company of North America, respectfully requests entry of an order in the form attached denying National Union Fire Insurance Company of Pittsburgh, PA's Motion For Summary Judgment.

        Respectfully submitted,

        WETZEL & ASSOCIATES, P.A.


        <u>/s/ Benjamin C. Wetzel, III</u>
        Benjamin C. Wetzel, III (I.D. No 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200


Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Valentini, Ltd.
1601 Market Street., Suite 3400
Philadelphia, PA  19103-2978


Dated: July 13, 2007

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>INTEGRATED HEALTH SERVICES, INC., *et al.*,<br><br>    Debtors. | | Chapter 11<br><br>Case No. 00-389 (MFW)<br><br>(Jointly Administered) |
| IHS LIQUIDATING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant | | Civil Action No. 05-376 (GMS) |
| IHS LIQUIDATING LLC,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, GENERAL STAR INDEMNITY COMPANY, and ACE INDEMNITY INSURANCE COMPANY f/k/a INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>    Third-Party Defendants | | |

## **ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of

Defendant and Third-Party Defendant, Indemnity Insurance Company of North

America's Brief In Opposition to National Union Fire Insurance Company of Pittsburgh, PA's Motion For Summary Judgment;

**IT IS HEREBY ORDERED** that National Union Fire Insurance Company of Pittsburgh, PA's Motion For Summary Judgment is hereby DENIED.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2007, I electronically filed the within Defendant/Third-Party Defendant Indemnity Insurance Company of North America's Motion in Opposition to National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Garven F. McDaniel, Esquire
    Bifferato Gentilotti & Balick
    P.O. Box 2165
    Wilmington, DE 19899

    Christopher P. Simon, Esquire
    Cross & Simon, LLC
    913 N. Market Street, 11th Floor
    Wilmington, DE 19801

and served through the U.S. Mail:

    Lee W. Stemba, Esquire
    Clement H. Berne, Esquire
    Troutman Sanders, LLP
    The Chrsyler Building
    405 Lexington Avenue
    New York, NY 10174

    George C. Campion, Esquire
    Weiner Lesniak, LLP
    629 Parsippany Road
    Parsippany, NJ 07054-0438

    Gwynne A. Young, Esquire
    Carlton Fields, P. A
    Corporate Center Three at International Plaza
    4221 W. Boy Scout Boulevard
    Tampa, Fl 33607-5736

                                         /s/ Benjamin C. Wetzel, III
                                           WETZEL & ASSOCIATES, P.A.
                                           Benjamin C. Wetzel, III (I.D. No 985)
                                           Natalie M. Ippolito (I.D. No. 3845)
                                           The Carriage House, Suite 201
                                           1100 N. Grant Avenue
                                           Wilmington, DE 19805
                                           (302) 652-1200

Of Counsel:
Ward A. Rivers, Esquire
Deasey, Mahoney & Valentini, Ltd.
1601 Market Streetl., Suite 3400
Philadelphia, PA  19103-2978