**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that a true and correct of the foregoing Cross-Claim Defendant National Union's Reply Brief in Support of Its Motion for Summary Judgment on IICNA's Existing Cross-Claim Complaint was served via First Class Mail or as indicated on the 23rd day of July, 2007, to the following:

*For Plaintiff/Third-Party Plaintiff IHS Liquidating LLC*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
**VIA HAND DELIVERY**

*For Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

Benjamin C. Wetzel III, Esq.
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
**VIA HAND DELIVERY**

*Counsel for Defendant/Third-Party Defendants/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

Ward A. Rivers
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

    /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)