# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| INTEGRATED HEALTH SERVICES, INC., | ) | Case No. 00-389 (MFW) |
| *et al.*, | ) | Jointly Administered |
|     Debtors. | ) | |
| _____ | ) | |
| | ) | |
| IHS LIQUIDATING LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-376 (GMS) |
| | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |
| IHS LIQUIDATING LLC, | ) | Civil Action No. 04-1262 (GMS) |
| | ) | |
|     Third Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, | ) | |
| GENERAL STAR INDEMNITY COMPANY | ) | |
| and ACE INDEMNITY INSURANCE | ) | |
| COMPANY f/k/a INDEMNITY INSURANCE | ) | |
| COMPANY OF NORTH AMERICA | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |
| _____ | ) | |
| ACE INDEMNITY INSURANCE COMPANY | ) | |
| f/k/a INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
|     Third-Party Defendant and | ) | |
|     Fourth-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA, and | ) | |
| GENERAL STAR INDEMNITY COMPANY, | ) | |
| | ) | |
|     Fourth-Party Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT
## OF CROSS-CLAIM DEFENDANT NATIONAL UNION
## FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Pursuant to D. Del. LR 7.1.4, National Union Fire Insurance Company of Pittsburgh, PA, by and through undersigned counsel, hereby respectfully requests an Oral Argument on its Motion for Summary Judgment (the "Motion") [Docket No. 96]. Briefing on the Motion was completed on July 24, 2007.

Dated: July 26, 2007　　　　　　　　　　　CROSS & SIMON, LLC
　　　　　Wilmington, Delaware

By: /s/ Christopher P. Simon
　　　Christopher Page Simon (No. 3697)
　　　913 N. Market Street, 11th Floor
　　　P.O. Box 1380
　　　Wilmington, Delaware 19801
　　　Telephone:　(302) 777-4200
　　　Facsimile:　(302) 777-4224

　　　-and-

　　　George C. Campion, Esquire
　　　Weiner Lesniak, LLP
　　　629 Parsippany Road
　　　Parsippany, NJ 07054-0438
　　　Telephone:　(973) 403-1100
　　　Facsimile:　(973) 403-0010

　　　-and-

　　　Gwynne A. Young
　　　Florida Bar No. 185582
　　　Frederick T. Hawkes
　　　Florida Bar No. 307629
　　　Carlton Fields, PA
　　　P.O. Drawer 190
　　　Tallahassee, FL 32302
　　　Phone:　(850) 224-1585
　　　Facsimile:　(850) 222-0398

　　　Counsel for Cross-Claim Defendant
　　　National Union Fire Insurance Co. of
　　　Pittsburgh, PA