## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the Request for Oral Argument t of Cross-Claim Defendant National Union Fire Insurance Company of Pittsburgh, PA was served via Hand Delivery and by U.S. Mail on the 26th day of July, 2007, to the following:

*For Plaintiff/Third-Party Plaintiff IHS Liquidating LLC*

**Via Hand Delivery**
Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

*For Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

**Via Hand Delivery**
Benjamin C. Wetzel III, Esq.
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

*Counsel for Defendant/Third-Party Defendants/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

**Via First Class Mail**
Ward A. Rivers
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

    /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)