# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re:

| | |
|---|---|
| Integrated Health Services, Inc., et al., | Case No. 00-389 (MFW)<br>Jointly Administered |
| Debtors. _____/ | |
| IHS LIQUIDATING LLC,<br>    Plaintiff,<br>v.<br>ACE INDEMNITY INSURANCE COMPANY<br>f/k/a INDEMNITY INSURANCE COMPANY OF<br>NORTH AMERICA,<br>    Defendant. _____/ | Civil Action No. 05-376<br>(GMS) |
| IHS LIQUIDATING LLC,<br>    Third Party Plaintiff,<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PA, GENERAL STAR<br>INDEMNITY COMPANY and ACE INDEMNITY<br>INSURANCE COMPANY f/k/a INDEMNITY<br>INSURANCE COMPANY OF NORTH AMERICA<br>    Third-Party Defendants. _____/ | Civil Action No. 04-1262 (GMS) |

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

    Third-Party Defendant and
    Fourth-Party Plaintiff,
v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
GENERAL STAR INDEMNITY COMPANY,

    Fourth-Party Defendants.

# AFFIDAVIT OF GWYNNE A. YOUNG

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Before me, appeared the undersigned, who after being sworn states as follows:

1. My name is Gwynne A. Young. I am over eighteen (18) years of age and am otherwise competent to give this affidavit.

2. I am a shareholder in Carlton Fields P.A. in Tampa, Florida. I have served as counsel for National Union Fire Insurance of Pittsburgh, P.A. (hereafter "National Union") in the instant litigation and in certain companion litigation pending in state court in Tampa, Florida (hereafter "the Florida litigation). The Florida litigation has been stayed pending resolution of the instant litigation.

3. On January 11, 2006, I forwarded copies of the National Union insurance policies and the related underwriting files to Karen Bragman, counsel in the Florida litigation for Indemnity Insurance Company of North America (hereafter "IICNA"). The underwriting files produced were NU-U/W 00001 – 01506. A copy of my transmittal letter is attached to this Affidavit as Exhibit A.

4. Included within the documents produced at that time was a copy of the April 12, 2000 memorandum from Jennie Wu, a representative of the insured's broker, in which, Wu advises National Union that the Non-pyramiding of Limits Endorsement(Endorsement #4) should be deleted from both the 2000 IHS Main Policy and the 2000 IHS of Lester policy. A copy of this document is attached to this Affidavit as Exhibit B.

This concludes my affidavit.

**[Signature on Following Page]**

_____
GWYNNE A. YOUNG

Sworn to and subscribed before me, by Gwynne A. Young, who is personally known to me, this 30th day of July, 2007.

_____
Notary Public, State of Florida at Large

(SEAL)

My Commission Expires:

10/04/2010

MARGIE L. NIX
Notary Public - State of Florida
My Commission Expires Oct 4, 2010
Commission # DD 561107
Bonded By National Notary Assn.

# EXHIBIT "A"

# CARLTON FIELDS

ATTORNEYS AT LAW

ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607-5736
P.O. Box 3239
Tampa, Florida 33601-3239

813.223.7000
813.229.4133 fax
www.carltonfields.com

January 11, 2006

Karen B. Bragman, Esquire
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

**Via Federal Express,
Overnight Delivery**

Re: Indemnity Insurance Company of North America
vs. National Union Fire Insurance Company of Pittsburgh, PA,
and General Star Indemnity Company
Hillsborough Case No.: 05-8449, Div. C

Dear Karen:

Enclosed are full and complete copies of the following insurance policies and the related underwriting files:

> Policy Number 3574343
> Policy Number 3574344
> Policy Number 3574384
> Policy Number 3574386

These documents are responsive to items 1, 2, 3 and 4 of your Request for Production served on November 28, 2005. Also enclosed is a privilege log related to this production. We are still working on the balance of the production.

There are 1,506 pages produced at $0.135 per page for a total cost of $203.30.

Sincerely,

Gwynne A. Young

GAY/jcw
Enclosures
cc:   Robert H. Buesing, Esquire (w/o encls)
      Alan S. Rosenberg, Esquire (w/o encls)
      Daniel L. FitzMaurice, Esquire (w/o encls)
      F. Townsend Hawkes, Esquire (w/o encls)

TPA#2128303.1

**EXHIBIT A**

# Fax Memo


LOCKTON

DATE:   April 12, 2000

TO:     Jeff Meserve
        AIG

FROM:   Jennie Wu
        Lockton Companies

RE:     Integrated Health Services, Inc.
        Excess Policies Policy Period: 01/01/2000 - 2001

FAX: 617-457-6874

Thank you for forwarding the current policies. In our review, we have noted the following revisions are needed:

### Policy # BE3574384

- Named Insured Address should be 910 Ridgebrook Road, Sparks MD 21152. Please revise.

- Retained Limit endorsement (Endorsement # 2) should be deleted. This endorsement references policy addendum entitled "Health Care Medical Professional Liability & General Liability" for GL and PL retained limits - the addendum however, attaches an expired policy. The Retained limits should be as per Schedule of Retained Limits already noted. Endorsement # 2 needs to be deleted.

- Non Pyramiding Limits (Endorsement # 4) should be deleted. As per previous correspondence addressing last year's policies, Lester's umbrella policy is an underlying policy to the IHS umbrella policy

- Broad Name Insured (Endorsement # 5) Paragraph referencing Lester exclusion should be deleted. Lester is to be added as an underlying policy

- Follow Form Endorsement (Endorsement # 10) Indicates claims made version. As per previous correspondence addressing last year's policies, endorsement is incorrect - it must be revised.

- Amended Insuring Agreement and Retro Date (Endorsement # 15) should be deleted.

- Extended Reporting (Endorsement # 16) should be deleted

- Endorsement # 17 should be deleted. Again, this is not a claims made policy so any endorsements referencing claims made do not apply.

With regard to additional duties (Endorsement # 1 Item 4) This provision is not on the expiring policy. Please clarify.

---

**LOCKTON COMPANIES**
Insurance and Risk Management Specialists
7910 34th Avenue, #5G / Jackson Heights, NY 11372
Phone: (718) 397-8988 / Fax: (718) 397-8987

EXHIBIT B                                          NU-U/W 00607

# Fax Memo

**LOCKTON**

---

### Policy #: 3574386 (Lester)

Named Insured Address should be 910 Ridgebrook Road, Sparks MD 21152. Please revise.

- Schedule of Retain Limits. Need to add Automobile Liability (Texas and All other states) Workers Compensation and Employers liability (Insured states and self insured states. Please refer to Retained limit schedule for policy # 3574384 for details

- Retained Limit endorsement (Endorsement # 2) should be deleted.

- Non Pyramiding Limits (Endorsement # 4) should be deleted.

- Broad Name Insured (Endorsement # 5) Paragraph referencing Lester exclusion. This is the Lester policy. Lester is to be added as an underlying policy for Policy # 3574384

- Follow Form Endorsement (Endorsement # 10) Indicates claims made version. As per previous correspondence addressing last year's policies, endorsement is incorrect - it must be revised.

- Amended Insuring Agreement and Retro Date (Endorsement # 14) should be deleted.

- Extended Reporting (Endorsement # 15) should be deleted

- Endorsement # 16 should be deleted. Again, this is not a claims made policy so any endorsements referencing claims made do not apply.

With regard to additional duties (Endorsement # 1 Item 4) This provision is not on the expiring policy. Please clarify.

Should you have any questions, please call.

LOCKTON COMPANIES
Insurance and Risk Management Specialists
7910 34th Avenue, #5G / Jackson Heights, NY 11372
Phone: (718) 397-8988 / Fax: (718) 397-8987

NU-U/W 00608

# EXHIBIT "B"

1

2   UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
3   ------------------------------------
    In re:
4
    INTEGRATED HEALTH SERVICES,
5   INC., et al.,

6               Debtors.
    ------------------------------------
7   IHS LIQUIDATING, LLC,

8               Plaintiff,      Chapter 11
                                Case No. 00-389(MFW)
9        v.                     (Jointly Administered)
                                Adv. Pro. No.
10  ACE INDEMNITY INSURANCE     05-51318(MFW)
    COMPANY, f/k/a INDEMNITY
11  INSURANCE COMPANY OF NORTH
    AMERICA, incorrectly designated
12  as ACE INDEMNITY INSURANCE COMPANY
    f/k/a INDEMNITY INSURANCE COMPANY
13  OF NORTH AMERICA,

14              Defendant.

15                  (Continued)
    ------------------------------------
16

17

18         DEPOSITION OF JENNIE WU

19             New York, New York

20         Monday, February 12, 2007

21

22

23

24  Reported by:
    Linda Salzman
25  JOB NO. 191261

1        J. Wu
2        Q.    What are you referring to there?
3        A.    That particular policy number, the
4    BE 3574343 was the Lester umbrella policy in
5    which they attached an endorsement excluding
6    Lester.
7        Q.    They issued a policy to Lester that
8    excluded Lester?
9        A.    Yes.
10       Q.    Okay.  Do you know what a
11   non-pyramiding of limits endorsement is?
12       A.    Non-stackable?
13       Q.    Well, I think it's referred to in
14   these policies as non-pyramiding.
15             Have you seen that in these
16   documents?
17       A.    Yes.
18       Q.    Do you know whether or not that was
19   something that was requested of AIG to put --
20       A.    No, it was not.
21       Q.    Was it from your perspective on
22   behalf of IHS accurate or inaccurate to have
23   that endorsement in there?
24       A.    Inaccurate.
25       Q.    So for 2000, was it your

97

```
1                    J. Wu
2     expectation on behalf of IHS that the IHS of
3     Lester policy would sit below the IHS, Inc.
4     AIG $25 million policy for IHS of Lester
5     facilities?
6          A.   Yes.
7          Q.   Do you know if that was ever
8     corrected?
9          A.   I don't recall.
10              MR. DEASEY:  Let's break for lunch.
11              (Whereupon, a luncheon recess was
12         taken at 12:08 p.m.)
13
14                    *    *    *
15
16
17
18
19
20
21
22
23
24
25
```