## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing was served via U.S. Mail on the 30th day of July, 2007, to the following:

| | |
|---|---|
| *For Plaintiff/Third-Party Plaintiff IHS Liquidating LLC* | *For Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America* |
| Garvan F. McDaniel, Esq. (I.D. No. 4167)<br>Bifferato Gentilotti LLC<br>800 N. King Street<br>Plaza Level<br>Wilmington, DE 19801 | Benjamin C. Wetzel III, Esq.<br>(I.D. No. 985)<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE 19805 |

*Counsel for Defendant/Third-Party Defendants/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

Ward A. Rivers
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

    /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)