# ADDENDUM

**EXHIBIT "A"**

JAN 22 2002 00:19 FR

## American Home Assurance Company
Boston Regional Office
99 High Street
Boston, Ma. 02110

December 14, 1999

Mike Christian
Risk Strategies Company
79 Milk Street, Suite 800
Boston, Ma 02109

Re:   Integrated Health Services, Inc.
      Umbrella
      Renewal of:   357 4343

Dear Mike:

In confirmation, National Union is quoting the following:

Policy Period:        January 1, 2000 to January 1, 2001

Carrier:              National Union Best Rating A++ XL

Limits of Liability:  $25,000,000 each occurrence

                      $25,000,000 general aggregate

                      $25,000,000 products/completed operations aggregate

Required Underlying Retentions:

  General Liability:      1m/5m/5m

  Professional Liability: 2m/12m/12m

  Auto Liability:         2 mil csl

  Employers Liability:    1m/1m/1m

Premium Determination

Option #1

2 Year Annual Installments

  1st year - $985,000

  2nd year - $1,150,000

  Minimum Premium - $2,115,000

NU-U/W 01150

GSMC 001145

JAN 22 2002 00:15 PR

● Page 2

December 15, 1999

Option #2

2 Year Pre-paid - $1,850,000

Minimum Premium - $1,850,000

Premium Payment due within 30 days

Commission: Net

Subject to:   Annual Installment policy premium contingent upon:

1)   No estimated loss penetration during first year of policy

2)   No increase in beds above 20% of current level

3)   No change in core operations

4)   This policy will be subject to a quarterly claims review conducted by AIG personnel to determine that claims are being handled in accordance with generally accepted claim handling guidelines.

Form, terms and conditions to be adapted from expiring.

If non-admitted paper needed, surplus lines tax will apply.

Allocated loss expense is outside of limit.

Should you have any questions, please do not hesitate to contact me at (517)457-2930.

Sincerely,

Jeffrey C. Meserve
Director National Accounts

NU-U/W 01151

GSMC 001146

**EXHIBIT "B"**



**American International Companies®**
BOSTON REGIONAL OFFICE
99 High Street
Boston, MA 02110-2320
TEL: 617/457-2700

December 27, 1999

Mike Christian
Risk Strategies Company
79 Milk Street, Suite 900
Boston, MA  02109

Re:   Integrated Health Services, Inc.
      Umbrella
      Renewal of:   357 4343

Dear Mike:

In confirmation, National Union is binding the following:

Policy Period:      January 1, 2000 to January 1, 2002

Carrier:            National Union Best Rating A++ XL

Limits of Liability:  $25,000,000 each occurrence

                      $25,000,000 general aggregate

                      $25,000,000 products/completed operations aggregate

Required Underlying Retentions:

    General Liability:         1m/5m/5m

    Professional Liability:    2m/12m/12m

    Auto Liability:            2 mil csl

    Employers Liability:       1m/1m/1m


Premium:        $1,900,000 net

(Various commission considerations discussed and approved by R.V.P. and
marketing are indepent of this proposal).

NU-U/W 01228

GSMC 001223

51401 (10/98)

Page 2                                                                 December 27, 1999

Premium Payment due within 30 days

Commission:     Net

Subject to:   Annual Installment policy premium contingent upon:

1) No estimated loss penetration during first year of policy

2) No increase in beds above 20% of current level

3) No change in core operations

4) This policy will be subject to a quarterly claims review conducted by AIG personnel to determine that claims are being handled in accordance with Generally accepted claim handling guidelines.

Form, terms and conditions to be adapted from expiring:

Allocated loss expense is outside of limit.

Should you have any questions, please do not hesitate to conduct me at (617) 457-2930.

Sincerely,

Jeffrey C. Meserve
Director National Accounts

NU-U/W 01229

GSMC  001224

**EXHIBIT "C"**



**AIG**

**American International Companies**®
BOSTON REGIONAL OFFICE
99 High Street
Boston, MA 02110-2320
TEL. 617/457-2700



January 29, 2000

Jennie Wu
Lockton Companies
7910 34th Avenue #5G
Jackson Heights, NY 11372

Re: Integrated Health Services of Lester
    Umbrella Policy BE 357-43-44
    Expiration 01/01/2000
    Renewal Binder

Dear Jennie,

Confirming our December 29th conversation, AIG is binding renewal, terms and conditions as expiring (to include corrections addressed in our 12/28 telecon).

*Premium:*     $19,000 flat annual
*Commission:*   10%

Policy #357-4386 Assigned.

Thank you

Jeffrey C. Meserve
Director of National Accounts

NU-U/W 00628

51401 (10/98)