# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re:

Integrated Health Services, Inc., et al.,                  Case No. 00-389 (MFW)
                                                        Jointly Administered
   Debtors.
_____/

IHS LIQUIDATING LLC,

   Plaintiff,

v.                                                         Civil Action No. 05-376
(GMS)

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

   Defendant.
_____/

IHS LIQUIDATING LLC,                                       Civil Action No. 04-1262
(GMS)

   Third Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, GENERAL STAR
INDEMNITY COMPANY and ACE INDEMNITY
INSURANCE COMPANY f/k/a INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA

   Third-Party Defendants.
_____/

*Cover page cont. on next page.*

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

    Third-Party Defendant and
    Fourth-Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
GENERAL STAR INDEMNITY COMPANY,

    Fourth-Party Defendants.    /

### ORDER GRANTING CROSS-CLAIM DEFENDANT NATINOAL UNION'S MOTION FOR LEAVE TO FILE SURREPLY TO IICNA'S REPLY BRIEF TO NATIONAL UNION'S OPPOSITION TO IICNA'S MOTION TO AMEND

UPON CONSIDERATION of the motion (the "Motion") of Cross-Claim Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") pursuant to United States District Court of Delaware Local Rules 7.2.1(c) and 7.1.3 (c)(2) for leave to file a Surreply Brief in response to Indemnity Insurance Company Of North America's ("IICNA") Reply Brief to National Union's Opposition to IICNA's Motion to Amend,

IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated_____

                                                                 _____
                                                                 The Honorable Gregory M. Sleet
                                                                 United States District Court