# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing was served as indicated on the 20th day of August, 2007, to the following:

*For Plaintiff/Third-Party Plaintiff IHS Liquidating LLC*

Garvan F. McDaniel, Esq. (I.D. No. 4167)
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801

**BY HAND DELIVERY**

*For Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

Benjamin C. Wetzel III, Esq.
(I.D. No. 985)
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

**BY HAND DELIVERY**

*Counsel for Defendant/Third-Party Defendants/Fourth-Party Plaintiff Indemnity Insurance Company of North America*

Ward A. Rivers
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

**BY U.S. MAIL**