

**BifferatoGentilotti**
ATTORNEYS AT LAW
www.bglawde.com

Garvan F. McDaniel
Wilmington Office
Direct Phone: (302) 254-5381
Direct Fax: (302) 792-7473
gmcdaniel@bglawde.com

October 26, 2007

**VIA HAND DELIVERY**
**& E-FILE**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      RE:    *IHS Liquidating LLC v. Ace Indemnity Insurance Company, et al.*
             *Civ. No. 05-376 (GMS)*

Dear Chief Judge Sleet:

    Please allow this correspondence to serve as the parties' status report regarding the above referred matter. The parties are in the process of exchanging drafts of both an entry of judgment and a stipulation of dismissal in order to close this matter. The parties, therefore, respectfully request that the Court cancel the telephonic status hearing scheduled for Monday, October 29, 2007 at 9:00 a.m. The parties further respectfully request that the Court schedule a new status conference, at the Court's convenience, in the second or third week of November, if the Court's calendar permits.

    Should the Court grant the parties' request, I will provide the Court an additional status update two days prior to the newly scheduled status conference.

    Counsel for the parties are available at the convenience of the Court should the Court have any questions or concerns.

                                  Respectfully Submitted,

                                  Garvan F. McDaniel

cc:    All Counsel of Record (via electronic mail)

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC