

# BifferatoGentilotti

ATTORNEYS AT LAW
www.bglawde.com

Garvan F. McDaniel
Wilmington Office
Direct Phone: (302) 254-5381
Direct Fax: (302) 792-7473
gmcdaniel@bglawde.com

November 21, 2007

**VIA HAND DELIVERY**
**& E-FILE**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

  RE: *IHS Liquidating LLC v. Ace Indemnity Insurance Company, et al.*
    *Civ. No. 05-376 (GMS)*

Dear Chief Judge Sleet:

  Please allow this correspondence to serve as the parties' status report regarding the above captioned matter pursuant to this Honorable Court's Order of October 26, 2007. The parties have agreed on a form of settlement agreement and a form of consent judgment. All that remains to be done is the execution by the parties of the aforementioned documents. This should be completed today with the consent judgment filed with the Court early next week. The parties, therefore, respectfully request that the Court cancel the telephonic status hearing scheduled for Monday, November 26, 2007 at 11:15 a.m.

  Counsel for the parties are available at the convenience of the Court should the Court have any questions or concerns.

            Respectfully Submitted,

            Garvan F. McDaniel

GFM/yad
cc: All Counsel of Record (via electronic mail)

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC