## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

INTEGRATED HEALTH SERVICES, INC., et al.,    Case No. 00-389 (MFW)
Jointly Administered

Debtors.

_____/

IHS LIQUIDATING LLC,

Plaintiff,

v.    Civil Action No. 05-376 (GMS)

ACE INDEMNITY INSURANCE COMPANY
f/k/a INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

Defendant.

_____/

IHS LIQUIDATING LLC,    Civil Action No. 04-1262 (GMS)

Third Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, GENERAL STAR
INDEMNITY COMPANY and ACE INDEMNITY
INSURANCE COMPANY f/k/a INDEMNITY
INSURANCE COMPANY OF NORTH AMERICA

Third-Party Defendants.

_____/

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

Fourth-Party Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and GENERAL STAR
INDEMNITY COMPANY,

Fourth-Party Defendants.

_____

## JUDGMENT ON CONSENT

12367216.1

On the consent of the undersigned parties to this action, and in accordance with this Court's Memorandum Order of September 12, 2007 [D.I. 115], Judgment is hereby entered as follows:

1.    in favor of IHS Liquidating LLC ("IHS Liquidating") and against Indemnity Insurance Company of North America ("IICNA") on Count I of IHS Liquidating's Complaint, filed herein on May 6, 2005 (the "IHS Complaint");

2.    in favor of National Union Fire Insurance Company of Pittsburgh P.A. ("National Union") and against IICNA on IICNA's Cross Claim in Third Party Defendant And Fourth-Party Plaintiff Indemnity Insurance Company Of America's Amended Answer To Third-Party Complaint And Crossclaim For Declaratory Relief, dated February 28, 2007 (the "IICNA Third-Party Complaint");

3.    dismissing with prejudice all claims against IICNA contained in Counts II and III of the IHS Complaint;

4.    dismissing with prejudice all claims against IICNA and against National Union contained in the Third Party Complaint of IHS Liquidating, dated August 18, 2005 (the "IHS Third-Party Complaint");

5.    dismissing with prejudice all claims against IHS Liquidating contained in the counterclaim in IICNA's Answer, Affirmative Defenses and Counterclaim, dated July 26, 2005;

6.    dismissing with prejudice all claims in Fourth-Party Plaintiff IICNA's cross-claim against National Union in the IICNA Third-Party Complaint alleging that the policies of insurance issued by National Union to Integrated Health Services, Inc. and Integrated Health Services of Lester, Inc. for the 1999 Policy year are not exhausted by payment.

All parties are to bear their own attorneys' fees and costs of this action.

**ADJUDGED** this _____ day of _____, 2007.

_____
District Judge

CONSENTED TO:

*For the Plaintiff/Third-Party Plaintiff IHS Liquidating LLC:*

_____
Garvan F. McDaniel, Esq. (I.D. No. 4167)
Bifferato Gentilotti LLC
800 N. King St.
Plaza Level
Wilmington, DE 19801

*For the Defendant/Third-Party Defendant/Fourth-Party Plaintiff Indemnity Insurance Company of North America:*

_____
Benjamin C. Wetzel III, Esq. (I.D. No. 985)
Natalie M. Ippolito, Esq. (I.D. No. 3845)
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

*For the Third-Party Defendant/Fourth-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA:*

_____
Christopher Page Simon, Esq. (I.D. No. 3697)
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

12367216.1                     3